# EXHIBIT C

# THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY

# AIRPORT RULES AND REGULATIONS

Issued by:

The Port Authority of NY & NJ
Aviation Department

Issue Date: August 4, 2009

PA0022

FOREWORD

Commensurate with the management of the airports coming under the jurisdiction of the Port Authority of New York and New Jersey, the Air Terminal Rules and Regulations as set forth herein have been adopted in the interest of safe, efficient, and environmentally sensitive operation, and apply to John F. Kennedy International, LaGuardia, Newark Liberty International, Stewart International and Teterboro Airports.

The Managers of these airports are authorized to act for the undersigned in connection with all Port Authority rules and regulations.

William R. DeCota
Director of Aviation

PA0023

PORT AUTHORITY AIR TERMINALS

John F. Kennedy International Airport
Jamaica, New York 11430
Telephone: (718) 244-4444

LaGuardia Airport
Flushing, New York 11371
Telephone: (718) 533-3700

Newark Liberty International Airport
Newark, New Jersey 07114
Telephone: (973) 961-6007

Stewart International Airport
New Windsor, NY 12553
Telephone: (877) 793-0703

Teterboro Airport
Teterboro, New Jersey
Telephone: (201) 288-1775

PA0024

An electronic version of this document is available at: www.panynj.gov.

General Manager Office addresses:

John F. Kennedy International Airport
General Manager's Office
Building 14, 2nd Floor
or
Operations Office, Building 145
Jamaica, NY 11430

Stewart International Airport
General Manager's Office
1180 First Street
New Windsor, NY 12553

LaGuardia Airport
General Manager's Office
Hangar 7C
or
Operations Office
Central Terminal Building
Flushing, New York 11371

Teterboro Airport
Office of the Manager
90 Moonachie Avenue
Teterboro, New Jersey 07608
or
Operations Department
111 Industrial Avenue
Teterboro, New Jersey 07608

Newark Liberty International Airport
Conrad Road, Building #1
Building One
Newark, NJ 07114
or
Conrad Road, Building #1
Building One
Newark, NJ 07114

Copies of maps showing the air terminal highways at LaGuardia, John F. Kennedy
International, Newark Liberty International and Stewart International Airports are available
upon request at the above locations, and are on file with the Secretary of the Port Authority.

Airport bulletins may be issued by the Managers as necessary to amend these Rules &
Regulations.

Issued August 4, 2009, pursuant to Article IX of the by-laws of The Port Authority's of New
York and New Jersey adopted at a meeting of the Board of Commissioners held on July 26,
2007, and amended at a meeting of that body on May 22, 2008.

PA0025

## Page Revision Log

| Date of Revision | Section | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PA0026

| CHAPTER | PAGE |
|---|---|
| I.    GENERAL CONDITIONS | 1 |
| A.   Use of Air Terminal Highways | 1 |
| B.   Use of Air Terminals | 1 |
| II.   AIRPORT SECURITY | 2 |
| A.   Adherence to Security Regulations & Procedures | 2 |
| B.   Manager's Right to Rescind Access | 2 |
| C.   Valid Identification & Escort Requirements | 2 |
| D.   Flight Crews | 2 |
| E.   Displaying Valid Identification | 3 |
| F.   Airport Identification (ID) Responsibilities | 3 |
| 1.   Caring for Airport ID | 3 |
| 2.   Reporting the Misuse of Airport ID | 3 |
| G.   Escort Procedures | 3 |
| 1.   Escorting People | 3 |
| 2.   Escorting Vehicles | 3 |
| H.   Responsibility to Challenge | 3 |
| I.    Firearms, Explosives, Munitions & Pyrotechnics | 4 |
| J.    Employment of Security Service | 4 |
| K.   Vehicles & Drivers | 4 |
| L.   Other Security Procedures | 4 |
| III.  PERSONAL CONDUCT | 6 |
| A.   Use of Premises May be Denied or Withdrawn | 6 |
| B.   Closed & Restricted Areas | 6 |
| C.   Endangering Persons or Property | 6 |
| D.   Proper Use of Traffic Areas | 6 |
| E.   Use of Land, Structures, Machinery, Equipment & Electronics | 6 |
| F.   Portable Fire Extinguishers | 6 |
| G.   Defacing, Damaging, Etc., Terminal or Property | 6 |
| H.   Abandonment of Property | 7 |
| I.    Garbage Disposal & Removal | 7 |

08/04/2009
IV

PA0027

J.    Foreign Object Debris (FOD)     7

K.   Lost Articles     7

L.    Animals     7

M.   Smoking & Open Flames     8

N.   Alcoholic Beverages     9

O.   Bathing, Showering, etc.     9

P.   Spitting, etc.     10

**IV.  BAGGING HANDLING**     **11**

A.   Baggage Handling Services     11

B.   Use of Baggage Carts     11

**V.  GROUND TRANSPORTATION**     **12**

A.   Taxi Dispatch Service     12

B.   Solicitation of Ground Transportation Services is Prohibited     12

C.   Locations for Loading & Unloading Ground Transportation Services Passengers     12

D.   Pre-arrangement Required for Providing Ground Transportation Services     12

E.   Airport Rail Transportation System (AIRTRAIN)     13

F.   Scheduled Service     13

G.   Courtesy Vehicles     13

H.   On-Airport Bus Service     13

**VI.  AIRPORT VEHICLE OPERATING REQUIREMENTS**     **14**

A.   Vehicle Types     14

B.   Requirements for Vehicles Operating in Public Areas     14

    1.   Driver's License     14

    2.   Vehicle Insurance     14

    3.   Vehicle Operations     15

    4.   Vehicle Registration & Inspection     15

    5.   Following Lawful Direction     15

    6.   Careless of Negligent Operation of vehicles     15

    7.   Vehicle Modifications     16

    8.   Right to Inspect     16

    9.   Violations     16

    10.  Vehicle Condition     16

PA0028

| | | |
|---|---|---|
| 11. | Stickers | 16 |
| 12. | Seating & Seatbelts | 16 |
| 13. | Yield to pedestrians | 16 |
| 14. | Driving Restrictions & Speed Limits | 16 |
| 15. | Parking, Standing or Stopping Vehicles | 16 |
| 16. | Payment of Parking Fees & Charges | 17 |
| 17. | Vehicles in Possession of the Port Authority | 17 |
| 18. | Vehicular Collisions | 17 |
| 19. | Disabled & Abandoned Vehicles | 17 |
| 20. | Limitation of Trailered Vehicles | 17 |
| 21. | Omnibus-Trailer Configurations | 18 |
| 22. | Operator's View | 18 |
| 23. | Oversize & Overweight Vehicles | 18 |
| 24. | Vehicle Security Requirements | 18 |
| C. | Requirements for Vehicles Operating Within the AOA | 18 |
| 1. | Driver's License & Training | 18 |
| 2. | Vehicle Operation | 19 |
| 3. | Vehicle Insurance | 19 |
| 4. | Vehicle Registration & Inspection | 19 |
| 5. | Following Lawful Direction | 20 |
| 6. | Careless of Negligent Operation of Vehicles | 20 |
| 7. | Vehicle Modifications | 20 |
| 8. | Right to Inspect | 20 |
| 9. | Violations | 20 |
| 10. | Vehicle Condition | 20 |
| 11. | Stickers | 21 |
| 12. | Seating & seatbelts | 21 |
| 13. | Yield to Aircraft | 21 |
| 14. | Restricted Operation On Runways, Taxiways, & Landing Areas | 21 |
| 15. | Driving Restrictions & Speed Limits | 21 |
| 16. | Operation of Vehicles on Ramps & Apron Areas | 21 |
| 17. | Parking, Standing, or Stopping Vehicles | 21 |
| 18. | Vehicles in Possession of the Port Authority | 22 |
| 19. | Vehicle Collisions | 22 |
| 20. | Disabled & Abandoned Vehicles | 22 |
| 21. | Limitation of Trailered Vehicles | 22 |

08/04/2009
VI

|  |  |  |  |
|---|---|---|---|
| | 22. | Omnibus-Trailer Configurations | 22 |
| | 23. | Operator's View | 22 |
| | 24. | Oversize and Overweight Vehicles | 23 |
| | 25. | Vehicle Security Requirements | 23 |
| D. | | Requirements for vehicles Operating in Public Areas and Within the AOA | 23 |
| E. | | Requirements for Alternative Fueled Vehicles & Equipment | 24 |
| F. | | Stationary Equipment | 24 |
| G. | | Special Airport Operating Procedures | 24 |
| | 1. | Newark Liberty International Airport – Oversize & Overweight Vehicles | 24 |
| | 2. | LaGuardia Airport – AOA Speed Limits | 25 |

**VII. FUELING OPERATIONS** — **26**

| | | |
|---|---|---|
| A. | Design & Construction of Vehicles Used in Fueling Operations | 26 |
| B. | Operation of Aircraft Engines during Fueling | 26 |
| C. | Bonding | 26 |
| D. | Lightning Precautions | 27 |
| E. | Portable Fire Extinguishers | 27 |
| F. | Operation of Radio Transmitters & Ground Surveillance Radar During Fueling | 27 |
| G. | Aircraft Occupancy during Fueling | 27 |
| H. | Prevention & Control of Spills | 28 |
| I. | Emergency Fuel Shutoff Systems | 28 |
| J. | Aviation Fuel Storage | 29 |
| K. | Transfer of Fuel Between Vehicles | 29 |
| L. | Refueling Automotive Vehicles & Equipment | 29 |
| M. | Fueling Vehicle Equipment & Maintenance | 29 |
| N. | Smoking in the Vicinity of Fueling Vehicles | 30 |
| O. | Parking Restrictions | 30 |
| P. | Attendants | 30 |
| Q. | Fire Watch | 30 |
| R. | Positioning of Vehicles | 30 |
| S. | Parking Brakes | 30 |
| T. | Limitations on the Number of Fueling vehicles per Aircraft Wing | 31 |
| U. | Defueling | 31 |
| V. | Loading of Cargo Tanks | 31 |

|   | W. | Parking & Position of Fueling Vehicles | 31 |
|---|----|-----------------------------------------|----|
|   | X. | Vehicle Motors | 32 |
|   | Y. | Automotive Fuel Dispensing Vehicles | 32 |

**VIII. AIRCRAFT OPERATIONS** — **33**

|   | A. | Respect for Rights & Safety of Others | 33 |
|---|----|----------------------------------------|----|
|   | B. | Following Directives, Signage, Lights, etc. | 33 |
|   | C. | Non-Payment of Charges | 33 |
|   | D. | Right of Denial | 33 |
|   | E. | Reporting Accidents | 33 |
|   | F. | Disposal of Aircraft | 33 |
|   | G. | Emergencies | 34 |
|   | H. | Tampering with Aircraft | 34 |
|   | I. | Consent to Enter Aircraft | 34 |
|   | J. | Enplaning and Deplaning | 34 |
|   | K. | Aircraft Loading and Unloading | 34 |
|   | L. | Aircraft Maintenance | 34 |
|   | M. | Permission to Operate | 34 |
|   | N. | Removal of Spills | 34 |
|   | O. | Aircraft Ramp & Apron Scrubbing | 35 |
|   | P. | Aircraft De-Icing – Glycol based Deicers | 35 |
|   | Q. | Heating of Engines | 35 |
|   | R. | Use of Gate Positions | 35 |
|   | S. | Compliance with Air Terminal Restrictions | 35 |
|   | T. | Landing & Taking Off | 36 |
|   | U. | Starting, Taxiing, Towing & Parking | 36 |
|   | V. | Foreign Military & State Aircraft | 38 |
|   | W. | Runups | 38 |

**IX.   AIRCRAFT NOISE RESTRICTIONS** — **39**

|   | A. | General Restrictions | 39 |
|---|----|----------------------|----|
|   | B. | Departure Noise Limits | 39 |

**X.   AIR CARGO OPERATING PROCEDURES** — **40**

PA0031

|   |   |   |
|---|---|---|
| A. | Designation of Air Cargo Security Official | 40 |
| B. | Employee Identification & Outer Wear | 40 |
| C. | Designation of Yellow Line | 40 |
| D. | Employee & Other Private Vehicles | 40 |
| E. | Posting of Air Cargo Safety & Security Rules & Regulations | 40 |
| F. | Missing Items Valued at $1000 or More, Sensitive of High Value Cargo | 41 |
| G. | Police escort | 41 |
| H. | Hours of Operation | 41 |
| I. | High Value Cargo Storage Area | 41 |
| J. | Securing Equipment & trucks Containing Cargo | 42 |

**XI. WORK PROCEDURE FIRE HAZARDS** ... **43**

| A. | Required Permits | 43 |
|---|---|---|
|  | 1. Cutting & Welding Permit | 43 |
|  | 2. Special Hot Work Permit | 43 |
| B. | Open Fires | 43 |

**XII. ENVIRONMENTAL PROTECTION** ... **44**

| A. | Compliance with Law & Port Authority Agreements | 44 |
|---|---|---|
| B. | Urea | 44 |
| C. | Airport Recycling | 44 |

**XIII. HAZARDOUS MATERIALS** ... **45**

| A. | Hazardous, Poisonous, Explosive, Dangerous & Radioactive Materials | 45 |
|---|---|---|
| B. | Hazardous Waste | 45 |
| C. | Weapons of War | 45 |
| D. | Cigarette Lighters & Lighter Fluid | 45 |

**XIV. PORT AUTHORITY OPERATED SPACES** ... **46**

| A. | Emergencies | 46 |
|---|---|---|
| B. | Sleeping | 46 |
| C. | Skateboarding, Roller-skating, Bicycle Riding, etc. | 46 |
| D. | Noise | 46 |
| E. | Sound Reproduction Devices | 46 |

PA0032

| | | | |
|---|---|---|---|
| F. | Prohibited Conduct | | 47 |
| **XV.** | **COMMERCIAL AND NON-COMMERCIAL ACTIVITY** | | **48** |
| A. | Commercial Activity | | 48 |
| | 1. | Compliance with Rules & Regulations | 48 |
| | 2. | Port Authority Consent | 48 |
| | 3. | Vending Machines | 48 |
| | 4. | Sightseeing Flights | 48 |
| | 5. | Storage of Cargo & Property without Permission | 48 |
| | 6. | Parking & Storage of Aircraft without permission | 48 |
| | 7. | Payment of Air Terminal Fees & Charges | 49 |
| B. | Non-Commercial Activity | | 49 |
| | 1. | Conduct Prohibited Inside Buildings & Structures | 49 |
| | 2. | Conditions for Distribution of Literature | 49 |
| **XVI.** | **TETERBORO AIRPORT** | | **51** |
| 1.0 | General | | 51 |
| | 1.1 | Exclusions | 51 |
| | 1.2 | Breach of Rules | 51 |
| | 1.3 | Conditions of Access | 51 |
| | 1.4 | Commercial Activity | 51 |
| | 1.5 | Parking | 51 |
| | 1.6 | Operational Requirements | 52 |
| 2.0 | Aircraft | | 52 |
| | 2.1 | General | 52 |
| | 2.2 | Equipment Requirements | 53 |
| | 2.3 | Taxiing, Towing and Startup | 53 |
| | 2.4 | Passenger Boarding | 54 |
| | 2.5 | Takeoffs and Landings | 55 |
| | 2.6 | Parking and Storage | 55 |
| | 2.7 | Aircraft Dump Valve Testing | 55 |
| | 2.8 | Aircraft Accidents/Incidents | 56 |
| | 2.9 | Terminal Fees | 56 |
| 3.0 | Safety | | 56 |
| | 3.1 | General | 56 |
| | 3.2 | Smoking | 56 |

08/04/2009

X

| | | | |
|---|---|---|---|
| | 3.3 | Fire Hazards | 56 |
| | 3.4 | De-Icing | 57 |
| | 3.5 | Fire Detection/Suppression Systems | 57 |
| 4.0 | | Fuel Handling | 57 |
| | 4.1 | Fueling of Aircraft | 57 |
| | 4.2 | Bonding | 58 |
| | 4.3 | Fueling of Other Vehicles | 58 |
| 5.0 | | Vehicles | 58 |
| | 5.1 | General | 59 |
| | 5.2 | Equipment Requirements | 59 |
| | 5.3 | Vehicles Entering the Public Landing Area | 59 |
| | 5.4 | Speed Limits | 59 |
| | 5.5 | Taxi/Limos | 60 |
| | 5.6 | Parking | 60 |
| | 5.7 | Vehicle Collisions | 60 |
| | 5.8 | Driver Training | 61 |
| 6.0 | | Miscellaneous | 61 |
| | 6.1 | General | 61 |
| | 6.2 | Foreign Object Debris (FOD) Control | 61 |
| | 6.3 | Ramp Access | 61 |
| | 6.4 | Enplaning and Deplaning | 62 |
| | 6.5 | Defacing, Damaging, etc. | 62 |
| | 6.6 | Non-Commercial Expressive Activity | 62 |
| | 6.7 | Aircraft Maintenance and Cleaning | 63 |
| | 6.8 | Construction | 63 |
| 7.0 | | Tank Vehicles | 63 |
| | 7.1 | Registration and Inspection | 63 |
| | 7.2 | Operation | 63 |
| 8.0 | | Public Landing Area | 63 |
| | 8.1 | Schedule of Charges for the Use of Public Landing Area Charges | 63 |
| | 8.2 | Free Use Public Landing Area | 64 |
| 9.0 | | Noise Abatement Rules and Regulations | 64 |
| | 9.1 | Preface | 64 |
| | 9.2 | General | 65 |
| | 9.3 | Approval To Operate Jet Aircraft | 66 |
| | 9.4 | Maximum Noise Level | 66 |

PA0034

| | | | |
|---|---|---|---|
| | 9.5 | Remote Noise Monitor Locations | 68 |
| | 9.6 | Stage Two Operations | 68 |
| | 9.7 | Aircraft/Engine Maintenance Run-ups | 69 |
| | 9.8 | Stage I Operations | 70 |
| **XVII.** | **STEWART INTERNATIONAL AIRPORT** | | **71** |
| 1.0 | General | | 71 |
| | 1.1 | Conditions of Access | 71 |
| | 1.2 | Commercial Activity | 71 |
| | 1.3 | Parking | 72 |
| | 1.4 | Operational Requirements | 72 |
| 2.0 | Airport Security | | 72 |
| | 2.1 | Adherence to Security Regulations and Procedures | 73 |
| | 2.2 | Manager's Right to Rescind Access | 73 |
| | 2.3 | Valid Identification & Escort Requirements | 73 |
| | 2.4 | Flight Crews | 73 |
| | 2.5 | Displaying Valid Identification | 74 |
| | 2.6 | Airport Identification (ID) Responsibilities | 74 |
| | 2.7 | Escort Procedures | 74 |
| | 2.8 | Responsibility to Challenge | 75 |
| | 2.9 | Firearms, Explosives, Munitions and Pyrotechnics | 75 |
| | 2.10 | Employment of Security Services | 75 |
| | 2.11 | Vehicles & Drivers | 75 |
| | 2.12 | Other Security Procedures | 76 |
| 3.0 | Aircraft | | 76 |
| | 3.1 | General | 76 |
| | 3.2 | Taxiing, Towing and Startup | 77 |
| | 3.3 | Enplaning and Deplaning | 78 |
| | 3.4 | Parking and Storage | 78 |
| | 3.5 | Aircraft Dump Valve | 79 |
| | 3.6 | Reporting Accidents | 79 |
| | 3.7 | Airport Fees and Charges | 79 |
| | 3.8 | Aircraft Noise Restrictions | 80 |
| 4.0 | Safety | | 80 |
| | 4.1 | Endangering Persons or Property | 80 |
| | 4.2 | Smoking | 80 |

PA0035

|  | 4.3 | Fire Hazard | 80 |
|  | 4.4 | De-Icing and Environmental | 81 |
|  | 4.5 | Fire Detection/Suppression Systems | 81 |
| 5.0 |  | Fuel Handling | 81 |
|  | 5.1 | Fuel Handling of Aircraft | 82 |
|  | 5.2 | Bonding | 83 |
|  | 5.3 | Fueling of Other Vehicles | 83 |
| 6.0 |  | Vehicles | 83 |
|  | 6.1 | General | 83 |
|  | 6.2 | Equipment Requirements | 85 |
|  | 6.3 | Vehicles Entering the Public Landing Area | 85 |
|  | 6.4 | Speed Limits | 85 |
|  | 6.5 | Taxicabs/Limousines | 86 |
|  | 6.6 | Parking, Standing, or Stopping Vehicles | 86 |
|  | 6.7 | Vehicles Collisions | 87 |
|  | 6.8 | Driver Training | 87 |
| 7.0 |  | Miscellaneous | 87 |
|  | 7.1 | Tampering with Aircraft | 88 |
|  | 7.2 | Foreign Object Debris (F.O.D.) Control | 88 |
|  | 7.3 | Ramp Access | 88 |
|  | 7.4 | Defacing, Damaging, Etc., Terminal or Property | 88 |
|  | 7.5 | Non-Commercial Expressive Activity | 89 |
|  | 7.6 | Aircraft Maintenance and Cleaning | 90 |
|  | 7.7 | Construction | 90 |
|  | 7.8 | Garbage or Other Refuse Disposal Restricted | 90 |
| 8.0 |  | Tank Vehicles | 90 |
|  | 8.1 | Registration and Inspection | 90 |
|  | 8.2 | Vehicle Motors | 91 |
| 9.0 |  | Public Landing Areas | 91 |
|  | 9.1 | Schedule of Charges for the Use of Public Landing Area | 91 |
|  | 9.2 | Free Use of Public Landing Area | 91 |

**APPENDICES**
Definitions — A - 1
Ground Vehicle Specifications — B - 1
Literature Distribution Locations — C - 1

08/04/2009
XIII

PA0036

# GROUND TRANSPORTATION

PA0111

## V.   GROUND TRANSPORTATION

### A.  TAXI DISPATCH SERVICE

No person shall interfere with the taxi dispatch service operated by persons employed by, or employed pursuant to a contract with, the Port Authority, or the duties of personnel associated with the taxi dispatch service.

### B.  SOLICITATION OF GROUND TRANSPORTATION SERVICES IS PROHIBITED

1.  No person shall, within an Air Terminal, solicit another person's use of ground transportation services.

2.  No person shall operate a vehicle within an Air Terminal for the purpose of soliciting another person to use ground transportation services, or to attract ground transportation passengers.

### C.  LOCATIONS FOR LOADING & UNLOADING GROUND TRANSPORTATION SERVICES PASSENGERS

No vehicle providing ground transportation services shall load or unload passengers within an Air Terminal at any place other than that designated for that purpose.

### D.  PRE-ARRANGEMENT REQUIRED FOR PROVIDING GROUND TRANSPORTATION SERVICES

1.  Except as provided herein, ground transportation services shall be provided at an Air Terminal only pursuant to specific pre-arrangement.

2.  Ground transportation services may be provided at an Air Terminal without specific pre-arrangement by the operator of a vehicle licensed to carry passengers for hire in response to hails from prospective passengers on public streets of the municipality whose boundaries include the location within an Air Terminal at which the vehicle is located.  A vehicle licensed by the NYC Taxi & Limousine Commission as a "taxicab" pursuant to the rules of the Commission is a vehicle so licensed with respect to Air Terminal locations within the City of New York.

3.  Ground transportation service "is provided pursuant to specific pre-arrangement" to a passenger arriving at an Air Terminal by aircraft only when the owner or operator, or the employee of the owner or operator, of a ground transportation service vehicle displays, at such location for that activity as may be designated for that ground transportation service provider, an announcement card listing:

   a.  the name of the ground transportation provider who dispatched the vehicle pursuant to pre-arrangement;

   b.  the name of the person for whom pre-arrangement for ground transportation was made; and

PA0112

c.   the name of the airline and flight number of the flight on which the passenger arrived.

However, if pre-arrangement was made through the use of counter facilities operated by a person employed by, or employed pursuant to a permit or contract with the Port Authority, then the announcement card may list items a and b and only the name of the airline of the flight on which the passenger arrived.

E.   AIRPORT RAIL TRANSPORTATION SYSTEM (AIRTRAIN)

1.   Airport Rail Transportation System passengers must exit the system at a route terminus or upon completion of one entire route circuit, as is applicable.

2.   It is prohibited for any person to interfere with the operation or schedule of Airport Rail Transportation System vehicles.

F.   SCHEDULED SERVICE

No provision in this chapter is intended to prohibit vehicles making stops pursuant to a fixed schedule and operating pursuant to permission granted by a government regulatory agency with appropriate jurisdiction, from stopping to receive passengers at locations specifically designated for that purpose, whether or not pre-arrangement has been made to provide ground transportation services to passengers of such vehicles.

G.   COURTESY VEHICLES

No provision in this chapter is intended to prohibit the operator of a vehicle from providing ground transportation services only to the place of business of a provider of another service, such as lodging, vehicle rental, or vehicle parking, to patrons of such other service, whether or not pre-arrangement has been made to provide ground transportation services to such place of business, subject to such conditions as the Airport Manager may impose on such operator and/or provider of such service.

H.   ON-AIRPORT BUS SERVICE

1.   On-Airport Bus Service passengers must exit the system at a route terminus or upon completion of one entire route circuit, as is applicable.

2.   It is prohibited for any person to interfere with the operation or schedule of On-Airport Bus service vehicles.

PA0113

# VEHICLE OPERATING REQUIREMENTS

PA0114

## VI.   AIRPORT VEHICLE OPERATING REQUIREMENTS

### A.  VEHICLE TYPES

All vehicles are classified into six general types as follows:

Type 1: Highway vehicles used exclusively in public areas and operate with federal or state license plates. (Examples: light-, medium-, & heavy-duty trucks, buses, and trailers.)

Type 2: Highway vehicles used within the AOA and in public areas and operate with federal or state and PANYNJ license plates. (Examples: light-, medium-, & heavy-duty trucks, buses, & trailers.)

Type 3: Highway vehicles used exclusively within the AOA and operate with PANYNJ license plates only. (Examples include light-, medium-, & heavy-duty trucks, & trailers.)

Type 4: Vehicles used within the AOA and in public areas and operate with a PANYNJ license plate only, as authorized by the General Manager. These vehicles are of a specialized design and perform unique operational functions at an Air Terminal. (Examples include aircraft tow vehicles, baggage cart vehicles, aircraft refuelers, aircraft cargo loading equipment, ground power units, auxiliary power units, Airport emergency response equipment, snow blowers, etc.)

Type 5: Off-highway, construction, and materials handling vehicles used within the AOA or public areas and operate with state, PANYNJ, or no license plates. (Examples include backhoes, loaders, cranes, excavators, paving equipment, compressors, etc.)

Type 6: Stationary equipment permanently installed within the AOA and in public areas and not required to operate with any license plates. (Examples include backup and emergency generators, fire pumps, etc.)

### B.  REQUIREMENTS FOR VEHICLES OPERATING IN PUBLIC AREAS

Vehicles operating in public areas or on roads outside the AOA (including crossing any public area or road outside the AOA) within the Airport's boundaries shall be operated in accordance with the following minimum requirements:

1. Driver's License
   All vehicles shall be operated in accordance with the applicable laws and regulations of the jurisdiction(s) in which the Airport is located. The driver or operator shall also have such license(s), certification(s), permit(s), endorsement(s), or qualifying instruments as required by such laws and regulations.

2. Vehicle Insurance

   (a) Be operated in accordance with the requirements stipulated by the vehicle manufacturer, and when stricter operating requirements are required by these Rules & Regulations or specific instructions provided by the Airport Manager for

PA0115

specific vehicles, the vehicle(s) shall be operated in accordance with the stricter requirements.

(b) Drivers and operators shall only drive and operate the vehicles from the driver or operator seat and passengers shall only be transported in the vehicle passenger seat(s).

3. Vehicle Operations

   (a) Owners of Type 1 vehicles operating in public areas or on non-AOA roads shall provide the proper insurance or maintain financial security as required by the law of the state in which the vehicle is registered.

   (b) All Type 2, 3, 4 and 5 vehicles shall only be permitted to operate in a public area or on a non-AOA road if the owner is in compliance with the requirements of 3(a) and Section "C" of this Chapter.

4. Vehicle Registration & Inspection

   (a) All Type 1 Vehicles operating in public areas or on public roads outside the AOA shall be properly registered in accordance with the law of the state in which the airport is located, and shall be inspected in accordance with the provisions of the law of the state in which the vehicle is registered.

   (b) All Type 2, 3, and 4 vehicles shall only be permitted to operate in a public area or on a non-AOA road if in compliance with the vehicle registration and inspection requirements of 3(a) and Section "C" of this Chapter.

5. Following Lawful Direction

   All vehicles shall at all times comply with any lawful order, signal or direction of any authorized Port Authority representative. Where vehicular traffic is controlled by traffic lights, signs, mechanical or electrical signals or pavement markings, such lights, signs, signals and markings shall be obeyed unless an authorized Port Authority representative directs otherwise.

6. Careless or Negligent Operation of Vehicles

   No vehicle shall be operated in a manner which creates an unreasonable risk of harm to persons or property, or while the driver thereof is under the influence of any substance that impairs, impedes, or otherwise affects the ability of the driver to safely operate the vehicle, or if such vehicle is so constructed, equipped or loaded as to create an unreasonable risk of harm to persons or property.

   No person shall operate a motor vehicle at a Port Authority Airport while using a mobile telephone to engage in a call while such vehicle is in motion. An operator of a motor vehicle who holds a mobile telephone to, or in the immediate proximity, of his or her ear while such vehicle is in motion is presumed to be engaging in a call. The operator of a motor vehicle may use a handheld mobile telephone if:

   (a) The operator has reason to fear for his/her life or safety, or believes that a criminal act may be perpetrated against him/herself or another person.

   (b) The operator is using this device to report to appropriate authorities: a fire, traffic crash, serious road hazard; medical or hazardous material emergency; or another motorist who is driving in a reckless, careless or otherwise unsafe manner or who appears to be driving under the influence of alcohol and/or drugs.

PA0116

7. Vehicle Modifications

Vehicle modifications that eliminate, or interfere with, compliance with federal or state safety requirements are prohibited.

8. Right to Inspect

All vehicles are subject to immediate inspection by a duly authorized Port Authority representative.

9. Violations

Violations of vehicle operating procedures as specified in these Rules & Regulations or a violation of the Ground Vehicle Specifications may result in revocation of permission for a vehicle to operate at the Airport.

10. Vehicle Condition

All vehicles shall be properly equipped and maintained in a safe operating condition, and must meet the requirements established by the state where the Airport is located, Federal 49 CFR, and the Ground Vehicle Specifications, as is applicable.

11. Stickers

Vehicles shall not have any stickers, posters, signs, or objects on the windshield and/or rear windows of a vehicle other than those required by, or specifically authorized by, the law or regulation of a government body.

12. Seating & Seatbelts

Drivers, operators, and passengers shall use installed seatbelts or other restraint systems. Seatbelts and other restraint systems shall not be disabled or removed and shall be maintained in good working order.

13. Yield to Pedestrians

All vehicles shall yield to pedestrians in front of all buildings, in roadways, and in pedestrian crosswalks.

14. Driving Restrictions & Speed Limits

Vehicles shall not be driven or operated in excess of posted speed limits.

15. Parking, Standing or Stopping Vehicles

(a) No person shall park a vehicle or permit a vehicle to remain stopped within the Airport except in such areas and for such periods of time as may be prescribed by the Manager.

(b) No person shall park or permit a vehicle to remain stopped contrary to authorized signs, pavement markings or other traffic control devices.

(c) No person shall stop or park a vehicle:

    i.   on any shoulder if the vehicle is not disabled
    ii.  in front of a driveway
    iii. within a bus stop safety zone or taxicab zone, unless the vehicle is authorized to use such areas
    iv. on any roadway

PA0117

v.  within 15 feet of fire hydrant
vi.  within 10 feet of an AOA perimeter security fence

16. Payment of Parking Fees & Charges

No person shall park a vehicle within any public vehicular parking area except upon the payment of such parking fees and charges as are prescribed by the Port Authority.

17. Vehicles in Possession of the Port Authority

A vehicle which has been placed in the lawful possession of the Port Authority because it was illegally parked, or for non-payment of fees, or for any other reason, and in respect of which any fee or charge, including towing and storage charges, are due, may be detained by the Airport Manager until said fees or charges have been paid. Such fees may be paid under protest, and a claim may be asserted for refund pursuant to applicable law.

18. Vehicular Collisions

Any vehicular collisions that occur at the Airport shall be reported without unreasonable delay to the Port Authority Police. When any vehicle with a PANYNJ plate is involved in a collision, the vehicle may continue to operate after following the procedures listed in the section entitled "Vehicle Collisions" as stipulated in Subpart "C". The driver of any vehicle involved in a collision with another vehicle or pedestrian on any area of the Airport which results in any injury or death to any person or damage to any property shall immediately stop the vehicle at the scene of the collision. The driver of the vehicle involved in a collision shall give his name and address, and display his/her operator's license, and the vehicle's registration and proof of insurance or financial security documents to the driver of the other vehicle, or if none, the person injured, or to the police officer at the scene of the collision. The operator of such vehicle shall make such report(s) of such accident required by the law and regulations of the state in which such collision occurred.

19 Disabled & Abandoned Vehicles

The Airport Manager has the authority to remove from any area of an Airport any vehicle that is disabled, abandoned, or parked in violation of these Rules & Regulations, or which presents an operational or security problem, to any other area of the Airport. The owner of a vehicle which has been removed because of abandonment or violations of these Rules & Regulations shall be held liable for the reasonable cost of the removal and storage of the vehicle.

20. Limitation of Trailered Vehicles

Tractor/semi-trailers may operate with double or triple trailers only when designed and equipped with the proper system(s) required to operate with multiple trailers. Baggage handling tow vehicle may tow a maximum of four (4) baggage trailers. Baggage tow vehicles may tow trailers only if the trailers are affixed in weight order with the heaviest trailer located the closest to the tow vehicle, and if no trailer exceeds a laden weight of 3,000 pounds. All other tow vehicles shall only operate with a maximum of one trailer. All full trailers shall not exceed a speed limit of 15 MPH on a straight road.

PA0118

21. Omnibus-Trailer Configurations

Buses shall not have a full-trailer type design.

22. Operator's View

The front window of a vehicle shall not be blocked by an extended superstructure or payload that obstructs the operator's view in any direction. The vehicle shall also have a rear and/or side view mirrors that provide the operator with a view toward the rear/sides of the vehicle.

23. Oversize & Overweight Vehicles

(a) No oversized or overweight vehicles (vehicles that exceed the state width, length, height, or weight limit) may enter or be operated on any area of an Airport without prior notice to the Port Authority Police setting forth specific oversize and overweight information, and the vehicle shall proceed only pursuant to specific instructions provided by the Police. The Police may grant permission to proceed either with or without Police assistance, and issue other specific instructions. The oversized or overweight vehicle may be required to have escort vehicles as listed below, provided by the owner/operator.

(b) Oversized and overweight vehicles required to be escorted shall be escorted by a lead vehicle and trailing vehicle. The lead vehicle shall have an operating yellow flashing light on the roof, and it shall be positioned not more than 40 feet in front of the oversized vehicle. The lead vehicle shall guide the oversized vehicle, warn on-coming vehicles and direct other traffic around the oversized/overweight vehicle's exposed limits. The trailing vehicle shall have an operating yellow flashing light on the roof, and it shall be positioned not more than 40 feet behind the oversized vehicle and coordinate its efforts with the lead vehicle to escort the oversized vehicle.

(c) Fire fighting, emergency response, aircraft refueling, snow removal vehicles, and other special purpose vehicles approved by the Airport Manager are exempt from the requirements of this section; however, these vehicles shall operate in accordance with the requirements and limitations prescribed by the Airport Manager. Aircraft service vehicles that are required to operate on or cross roadways outside the AOA, are exempt from the requirements of this section; however, such vehicle shall operate in accordance with the requirements and limitations prescribed by the Airport Manager.

24. Vehicle Security Requirements

Refer to Chapter II entitled "Airport Security."

C. REQUIREMENTS FOR VEHICLES OPERATING WITHIN THE AOA

Vehicles operating in the AOA shall be operated in accordance with the following minimum requirements:

1. Driver's License & Training

PA0119

(a) The driver must be properly licensed and have all required endorsement(s) to operate such vehicle on a state or municipal highway of the state in which the Airport is located.

(b) The driver must be fully trained in the operation of the vehicle for all of its functions, types of uses, and procedures to follow in the event of emergency

(c) The driver must successfully complete Port Authority Airfield Driver Training and meet all requirements for Airport Security as specified under the chapter entitled "Airport Security."

2. Vehicle Operation

(a) All vehicles shall be operated in accordance with the requirements stipulated by the vehicle manufacturer, and when stricter operating requirements are required by these Rules & Regulations or specific instructions provided by the Airport Manager for specific vehicles, the vehicle(s) shall be operated in accordance with the stricter requirements.

(b) Drivers and operators shall only drive and operate vehicles from the driver or operator seat and passengers shall only be transported in the vehicle passenger seat(s).

3. Vehicle Insurance

Owners of Type 2, 3, 4 & 5 vehicles operating either in a public area or roadway or in the AOA shall provide insurance or maintain financial security as required by the Port Authority. The Port Authority shall inform applicants for operating permits of such requirements, and each applicant for an operating permit shall submit a current valid certificate of insurance or other documents required by the Port Authority as proof of compliance, with the initial Port Authority application. The document must be found satisfactory by the Port Authority prior to the processing of the vehicle registration application and issuance of PANYNJ plates. The applicant shall at all times maintain on file with the Port Authority a currently valid and satisfactory certificate of insurance or other acceptable proof of financial security for all vehicles operating with PANYNJ plates.

4. Vehicle Registration & Inspection

Type 2, 3, & 4 vehicles operating on the non-AOA roads or in public areas or in the AOA shall be properly registered, inspected, and approved by the Port Authority, and be equipped with PANYNJ plates with a valid inspection identification sticker. Type 2, 3, and 4 vehicles may operate on non-AOA roads within the Airport boundaries to the extent specifically authorized and permitted by the Manager. The limitation may be restricted to specific roads, designated areas, or specific parking locations. All vehicles shall be approved, registered, issued PANYNJ plates and inspection identification stickers, and have periodic inspections by the Port Authority as follows:

(a) A registration application form provided by the Port Authority shall be submitted for each vehicle.

(b) Each registration application form shall be submitted with a current valid certificate of insurance, or other document establishing financial security, or have

PA0120

a current valid certificate of insurance, or other document establishing financial security on file with the Port Authority, meeting the requirements listed in the previous paragraph entitled "Vehicle Insurance."

(c) All vehicles approved by the Port Authority for operation on the AOA shall be furnished with an initial registration certificate, a PANYNJ plate, and an inspection identification sticker.

(d) The company operating the vehicle shall properly install the PANYNJ plates with the inspection sticker on the designated vehicle. The PANYNJ plates and inspection sticker shall be displayed on the vehicle in the manner designated by the Manager. The operating company shall also keep on file on the Airport the initial registration and insurance certificate.

(e) All motorized vehicles, except aircraft fuel servicing vehicles and all other vehicles that handle or transport fuel products, shall be inspected every 12 months.

(f) Each non-motorized vehicle shall be inspected once every 12 months, unless otherwise permitted.

(g) Each aircraft fuel servicing vehicle, and each vehicle that handles or transports fuel products, shall be inspected once every 6 months.

5. Following Lawful Direction

All vehicles shall comply with any lawful order, signal or direction of any authorized Port Authority representative. Where vehicular traffic is controlled by traffic lights, signs, mechanical or electrical signals or pavement markings, such lights, signs, signals and markings shall be obeyed unless an authorized Port Authority representative directs otherwise.

6. Careless or Negligent Operation of Vehicles

No vehicle shall be operated in a manner which creates an unreasonable risk of harm to persons or property, or while the driver thereof is under the influence of any substance that impairs, impedes, or otherwise affects the ability of the driver to safely operate the vehicle, or if such vehicle is so constructed, equipped or loaded as to create an unreasonable risk of harm to persons or property.

7. Vehicle Modifications

Vehicle modifications that eliminate or interfere with compliance with federal or state safety requirements are prohibited.

8. Right to Inspect

All vehicles are subject to immediate inspection by a duly authorized Port Authority representative.

9. Violations

Violations of vehicle operating procedures as specified in these Rules & Regulations or a violation of the Ground Vehicle Specifications may result in revocation of permission for a vehicle to operate at the Airport.

10. Vehicle Condition

PA0121

All vehicles shall be properly equipped and maintained in a safe operating condition, and must meet the requirements established by the state where the Airport is located, Federal 49 CFR, and the Ground Vehicle Specifications.

11. Stickers

Vehicles shall not have any stickers, posters, signs, or objects on the windshield and/or rear windows of a vehicle other than those required by, or specifically authorized by, the law or regulation of a government authority.

12. Seating & Seatbelts

Drivers, operators, and passengers shall use installed seatbelts or other restraint systems. Seatbelts and other restraint systems shall not be disabled or removed and shall be maintained in good working order.

13. Yield to Aircraft

Vehicles shall yield and give the right of way to all aircraft in motion.

14. Restricted Operation on Runways, Taxiways, & Landing Areas

Non-Port Authority vehicles are prohibited from operating on any runway, taxiway and safety area unless under escort by the Port Authority or FAA maintenance. All vehicles shall obtain permission from the Control Tower before entering or operating on any runway, taxiway, or landing area. All vehicles operating in these areas shall have an operating two-way radio turned "on" and tuned to the ground control frequency, and shall have an operating rotating amber light located at the highest structure of the vehicle turned "on" between the hours of sunset and sunrise and during periods of rain, snow, fog, and other conditions resulting in low visibility. All vehicle drivers shall follow all directions provided by the FAA controller.

15. Driving Restrictions & Speed Limits

While on the AOA, vehicles shall only be driven or operated on Restricted Vehicle Service Roads. Except for Port Authority vehicles, vehicles shall not be driven or operated in excess of 20 MPH while on the AOA.

16. Operation of Vehicles on Ramps & Apron Areas

No vehicle shall be operated within 30 feet of any aircraft passenger entrance door or passenger pathway when the ramp or apron areas are being used to load or discharge passengers. Speed limit in these areas is 10 MPH.

17. Parking, Standing, or Stopping Vehicles

No person shall park a vehicle or permit the vehicle to remain stopped on roads in the AOA, except in such areas and for such periods of time as may be prescribed or permitted by the Manager.

(a) No person shall stop or park a vehicle contrary to restrictions posted on authorized signs, or in any of the following areas:

    i.   in front of a driveway
    ii.  within a bus stop safety zone or taxicab zone, except vehicles authorized to use such areas
    iii. no parking or stopping areas

PA0122

       iv.  on any roadway
       v.  on any shoulder if the vehicle is not disabled
       vi.  within 15 feet of a fire hydrant
       vii. within 10 feet of an AOA perimeter security fence
       viii. within any restricted or marked areas

18. Vehicles in Possession of the Port Authority

A vehicle which has been placed in the lawful possession of the Port Authority because it was illegally parked, or for non-payment of fees, or for any other reason, and in respect of which any fee or charge, including towing and storage charges, are due, may be detained by the Airport Manager until said fees have been paid. Such payment may be made under protest and a claim for refund may be made pursuant to applicable law.

19. Vehicle Collisions

Any vehicle collisions that occur at the Airport shall be reported without unreasonable delay to the Port Authority Police. When any vehicle with a PANYNJ plate is involved in an accident, the vehicle must be inspected by the Port Authority Motor Vehicle Inspector before returning to service. The driver of any vehicle involved in a collision with another vehicle or a pedestrian on any area of the Airport which results in any injury or death to any person or damage to any property shall immediately stop the vehicle at the scene of the collision, and report the collision to the Port Authority Police. The driver of the vehicle involved in an accident shall give his name and address, and display his or her operator's license and the vehicle's registration and, proof of insurance or financial security documents to the driver of the other vehicle or if none, the person injured, or to a police officer at the scene of the collision. The operator of such vehicle shall make such report(s) of such collision as required by the law and regulations of the state in which such collision occurred.

20. Disabled & Abandoned Vehicles

The Airport Manager has the authority to remove from any area of an Airport any vehicle that is disabled, abandoned, or parked in violation of these Rules & Regulations, or which presents an operational or security problem, to any other area of the Airport. The owner of a vehicle which has been removed because of abandonment or violations of these Rules & Regulations shall be held liable for the reasonable cost of the removal and storage of the vehicle.

21. Limitation of Trailered Vehicles

Tractor/semi-trailers may operate with double or triple trailers only when properly designed and equipped with the proper system(s) required to operate with multiple trailers. Baggage handling tow vehicle may only have a maximum of four (4) baggage trailers, with the heaviest trailers located the closest to the tow vehicle, and no trailer shall exceed a laden weight of 3,000 pounds and an overall trailer length of sixty (60) feet. All other tow vehicles shall only operate with a maximum of one trailer. All full trailers shall not exceed a speed limit of 15 MPH on a straight road.

22. Omnibus-Trailer Configurations

Buses shall not have a full-trailer type design.

PA0123

23. Operator's View

The front window of the vehicle shall not be blocked by an extended superstructure or payload that obstructs the operator's view in any direction. The vehicle shall also have a rear and/or side view mirrors that provide the operator with a view toward the rear/sides of the vehicle.

24. Oversize & Overweight Vehicles

(a) No oversized or overweight vehicles (vehicles that exceed the state width, length, height, or weight limit) may enter or be operated on any area of an Airport without prior notice to the Port Authority Police, setting forth specific oversize and overweight information. Such vehicles shall proceed only pursuant to instructions provided by the Police. The Police may grant permission to proceed either with or without their assistance, and issue other specific instructions. The oversized or overweight vehicle may be required to have escort vehicles as set forth below, provided by the owner/operator. The Airport Manager, when issuing PANYNJ plates to operate specialized vehicles for AOA operations, may exempt such vehicles from escort requirements. Permission to operate specialized equipment under such exemption shall be limited to operation in the AOA only, and limited by any other restrictions issued at the time the PANYNJ plates are issued.

i.  When oversized and overweight vehicles are required to be escorted, they shall be escorted by a lead vehicle and trailing vehicle. The lead vehicle shall have an operating yellow flashing light on the roof, and it shall be positioned not more than 40 feet in front of the oversized vehicle. The lead vehicle shall guide the oversized vehicle, warn on-coming vehicles and direct other traffic around the oversized/overweight vehicle's exposed limits. The trailing vehicle shall have an operating yellow flashing light on the roof, and it shall be positioned not more than 40 feet behind the oversized vehicle and coordinate its efforts with the lead vehicle to escort the oversized vehicle.

ii. Fire fighting, emergency response, aircraft refueling, snow removal vehicles, and other special purpose vehicles approved by the Airport Manager are exempt from the requirement of this section; however, these vehicles shall operate in accordance with the requirements and limitations prescribed by the Airport Manger. Aircraft service vehicles that are required to operate on or cross roadways outside the AOA, are exempt from the requirements of this section; however, such vehicle shall operate in accordance with the requirements and limitations prescribed by the Airport Manager.

25. Vehicle Security Requirements

Refer to Chapter II entitled "Airport Security."

D.  REQUIREMENTS FOR VEHICLES OPERATING IN PUBLIC AREAS AND WITHIN THE AOA

All such vehicles shall comply with all requirements found in both Subparts "B" and "C" of this chapter.

08/04/2009
23

PA0124

E.  REQUIREMENTS FOR ALTERNATIVE FUELED VEHICLES & EQUIPMENT

1.  Alternative Fueled Vehicles and Equipment shall be in full compliance with the appropriate NFPA standards.  All Alternative Fueled Vehicles & Equipment can only be operated with the authorization and within the guidelines, limitations, and constraints set by the Airport Manager.

2.  Alternative Fueled Vehicles that travel upon or cross any non-AOA roads or areas shall comply with the regulations and laws applicable to the jurisdiction in which the Airport is located.

3.  LPG, LNG, & CNG Vehicles

    The operating, fueling, fuel storage and handling, repairing, and other activities affecting LPG, LNG and CNG shall comply with applicable NFPA standards and the state and local laws and regulations of the jurisdiction(s) in which the Airport is located.  These vehicles and equipment shall also comply with the following:

    (a)  Fuel cylinders and containers, vehicle or equipment fueling and repairs, and signs and placards shall be in compliance with the requirements stipulated in the Ground Vehicle Specifications.

    (b)  Garaging of vehicles and the repair facilities shall comply with NFPA and all other applicable standards.  All garages used for the storage and/or servicing of vehicles shall be equipped with explosion-proof equipment.

    (c)  The tenant and/or owner of the vehicle shall provide evidence that the operator is certified to drive the vehicle according to laws and regulations of the United States and the state and municipality in which the airport is located.

    (d)  Signs shall be placed on each vehicle in one inch high letters indicating that it is a vehicle or equipment fueled by LPG, LNG, or CNG.

    (e)  Vehicles and equipment with LPG or LNG systems used for refrigeration or for the warming of foods shall comply with the applicable NPFA standards.

    (f)  Alternative fueled vehicles shall park only in areas specifically designated by the Manger for that purpose.

    (g)  Vehicles fueled by LPG or LNG shall not enter buildings, structures, tunnels, ramps, and rooms adjacent to terminal buildings or enclosed or underground parking facilities.

F.  STATIONARY EQUIPMENT

Permanent and temporary stationary equipment designated as Type 6 equipment, whether located inside or outside the AOA, shall not be installed or operated without the approval of the Manager.  All stationary equipment shall be in compliance with the requirements set forth in the Ground Vehicle Specifications.

G.  SPECIAL AIRPORT OPERATING PROCEDURES

PA0125

1. Newark Liberty International Airport - Oversize & Overweight Vehicles
   Oversized and overweight vehicles, including loaders and supertugs, shall not be operated on the RVSR behind Terminals A, B, & C.

2. LaGuardia Airport - AOA Speed Limits
   The speed limit on the Inner Vehicle Service Road and ramp/apron areas is 10 MPH.

PA0126