# EXHIBIT F

# THE PORT AUTHORITY OF NY & NJ                Buckslip



TO:        Tour Commanders & Desk Officer
FROM:      John Kassimatis
DATE:      January 16, 2007
SUBJECT:   District Attorney's Release for Impounds

REFERENCE: AMOC 10-07

Any vehicle impounded, will no longer be given a grace period from the date of the District Attorneys/ TLC release. Effective January 15, 2007 any vehicle coming into Port Authority Police custody will have the storage rate calculated from the date of the first 24 hour period in our custody as indicated on the calculation chart. This does not eliminate the need for a District Attorneys Release/ TLC Release. The only exceptions to this are vehicles that are stolen recovery, which are given a grace period of 72 hours from time of recovery, and vehicles impounded for accident investigation.

Effective January 15, 2007, a District Attorney's / TLC release will still be required to release an impounded vehicle. Storage fees will be calculated from the date of the first 24 hour period in our custody for all vehicles that are presently in Port Authority Police custody including those impounded prior to January 15, 2007.

John Kassimatis
Inspector, Commanding Officer
JFK International Airport

**PORT AUTHORITY POLICE**
Pride    Service    Distinction

PA0182

New Page 1

# NOTICE

Effective January 15, 2007 there will be new impound rates charged to any vehicle that comes into the custody of the Port Authority Police at John F Kennedy International Airport. Please see the desk officer for copies of the new rates.

John Kassimatis

Commanding Officer

John F Kennedy International Airport

Port Authority Police