# EXHIBIT G

Port Authority of NY & NJ    Building the Region    Commuting & Traveling    Transporting Cargo    Corporate Information



Search                                    

Home    About the Port Authority    Business Opportunities    Corporate Information    Careers    Port Authority Police    Press Room    OIG

Port Authority Police • Impound Lots

**Port Authority Police Home**

**Report Suspicious Activity**

**Police Reports**

**Parking Tickets**

**Impound Lots**

___

**Lost & Found**

**About the PAPD**

**September 11, 2001, Fallen PAPD**

## Impound Lots

Overview    Airports    Bridges & Tunnels    Bus Terminals    PATH    WTC    Port

Impound Lot Overview



Vehicles left at airport lots in excess of 30 days are subject to impound by the Port Authority Police.

You must obtain a release before you can pick up your vehicle. Some Port Authority facilities will store your vehicle temporarily before moving it to a towing company lot.

Documents required for release:

- Valid driver's license
- Valid insurance
- Proper ownership and registration papers

Agents for owner must provide the documents listed above in addition to a notarized "Letter of Authorization" that permits the agent to claim the vehicle for the owner.

Note: The towing contractor will collect both a tow fee and daily storage fee. Fees assessed by the tow company are not negotiable with the Port Authority of NY & NJ. Fees are accepted in certified checks or money orders only at all facilities except for Newark Liberty and JFK. Newark Airport is also only accepting money orders or certified bank checks as acceptable forms of payment. Impounds related to an arrest may require a district attorney's release.

---

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY                                    Search    

 Port Authority Information    Safety & Security    Doing Business with Us     Contact Us
Environmental Initiatives           Parking Tickets         Become a Vendor
History of the Port Authority       Impound Lots            View Open Solicitations         Lost & Found
                                                            Supplier Diversity
                                    Report Fraud            Advertising Opportunities       Feedback

                                                                                            Frequently Asked Questions
Press Room                          Alerts & Advisories     Careers

Web Site Disclaimer                                                         The Port Authority of New York and New Jersey
© 2001-2016 The Port Authority of New York and New Jersey. All Rights Reserved.    (212) 435-7000 • 4 World Trade Center, 150 Greenwich Street, New York, NY 10007

Port Authority of NY & NJ   Building the Region   Commuting & Traveling   Transporting Cargo   Corporate Information

**THE PORT AUTHORITY OF NEW YORK & NEW JERSEY**

Search

Home   About the Port Authority   Business Opportunities   Corporate Information   Careers   Port Authority Police   Press Room   OIG

Port Authority Police • Impound Lots

- Port Authority Police Home
- Report Suspicious Activity
- Police Reports
- Parking Tickets
- Impound Lots
- Lost & Found
- About the PAPD
- September 11, 2001, Fallen PAPD

## Impound Lots

Overview   Airports   Bridges & Tunnels   Bus Terminals   PATH   WTC   Port

| Facility | Impound Location | Hours | Fees | Contact |
|---|---|---|---|---|
| Newark Liberty | P7 Lot - Brewster Road, North Area | 7am to 2pm Mon - Fri (excluding holidays) | Storage: $30/day plus tax for small vehicles<br><br>Storage: $72/day plus tax for large vehicles | Auto Recovery Unit:<br>973 961-6183 (phone)<br>973 961-6171 (fax)<br><br>If towed for illegal parking, contact Sisbarro Towing & Recovery:<br>908 687-1100 |
| LaGuardia | Building 137 | 7 am to 3 pm Mon - Fri (excluding holidays) | Tow fee: $100 plus tax<br>Storage: $100/day plus tax<br><br>Double fees for trucks. Fees accepted in certified checks or money orders only. | 718 533-3900<br><br>If towed for illegal parking, contact BP Towing:<br>718 533-3993 |
| JFK International | Building 269 within 14 days of impounding<br><br>Building 254 (South Service Road) after | 7 am to 3 pm Mon - Fri (excluding holidays) | Storage: $100/day plus tax for passenger vehicles<br><br>Storage: $72.00/day plus tax for trucks | 718 244-4335<br><br>If towed for illegal parking, contact Mike's Heavy Duty Towing: 718-995-3707 |

**THE PORT AUTHORITY OF NEW YORK & NEW JERSEY**

Search

Port Authority Information
Environmental Initiatives
History of the Port Authority

Safety & Security
Parking Tickets
Impound Lots

Report Fraud

Doing Business with Us
Become a Vendor
View Open Solicitations
Supplier Diversity
Advertising Opportunities

Contact Us

Lost & Found

Feedback

Press Room

Alerts & Advisories

Careers

Frequently Asked Questions

Web Site Disclaimer
© 2001-2016 The Port Authority of New York and New Jersey. All Rights Reserved.

The Port Authority of New York and New Jersey
(212) 435-7000 • 4 World Trade Center, 150 Greenwich Street, New York, NY 10007