# EXHIBIT I

3/14/15   POLICE OFFICER Ciancarelli   15K 6002   IMPOUND# 97-15

**ICLE INFO.**
- Honda   YEAR 2012
- # GJP 9348   STATE NY
- EL Odyssey   COLOR Gray
- # 5FNRL5H27CB101687
- MILAGE
- ER Jean-Laurent. B
- ss 1062 E. 39th St.
- Brooklyn   State NY   Zip Code 11210
- hone # ( )

**NER OF PLATES**
- E
- ess
- State   Zip Code
- #
- ONG ON

**DDITIONAL INFORMATION**
- EST #
- 04.08.05.15 SPOKE TO JENNIFFER MACE HONDA ABOUT E TO STACT ON 4.27.15 WHEN LETTER WAS RECIEVED (214) 277.5568. JK.

**THEFT INFO.**
- D.O.T.
- ALARM #
- 61 # - CC #
- DEPT.

**INSURANCE CO.**
- ADDRESS

**POLICY #**
- CLAIM #
- NATB AGENT _____ DATE
- NATB FILE #

**CERTIFIED LETTER**
- SENT 3/16/15 6456 5510 DISP
- SENT 4/22/15 7911 9667 DISP Rcvd. 04.27.15.
- SENT _____ DISP

DA REJUSED

**THEFT INFO.**
- D.O.T.
- ALARM #
- 61 # - CC #
- DEPT.

LIENHOLDER

**CPD-NCIC & OWNERSHIP**
- P.O. CPD 4/17/15   RAN Owner, NCIC, etc.   RECIEVED 4/22/15
- P.O. CPD 1   RAN Lien   RECIEVED
- P.O.   RAN   RECIEVED
- P.O.   RAN   RECIEVED

SENT
SENT
SENT

**IMPOUNDED FROM**
- DATE
- ENTERED P.L.#
- DATE
- OFFICER

**LIENHOLDER** HVT INC
600 Kelly Way
Holyoke MA. 01040

RELEASE

# 0097-15
# 370-15

PA0001

THE PORT AUTHORITY OF NY & NJ

VEHICLE REMOVAL AND IMPOUND REPORT

INSTRUCTIONS: Prepare in duplicate – original to Police Desk, duplicate to Auto Crime Unit

| Impound No. | C.C.R. Number |
|---|---|
| 097-15 | 15K-6032 |

### REMOVAL

| Date | Time |
|---|---|
| 3/14/15 | 1247 M |

### SUMMONS

| Date | Time | Number |
|---|---|---|
| | M | |

| Heavy Duty Tow | N.Y.L.P. CHECKED |
|---|---|
| Yes ☐ No ☑ | Yes ☑ No ☐ |

Reason for Impound: VTL 1220-3 / Arrest
Location of Violation: Terminal Parking Lot
Vehicle Removed To: Building 269

N.C.I.C CHECKED: Yes ☑ No ☐

Tow Truck Operator/Company: Miles Towing
Vehicle Stolen: Yes ☐ No ☑
Date Stolen:    Alarm Number:    Department:

61 Number:    Cancelled By:    Date:    Time: M

### VEHICLE INFORMATION

| Registration Number | State | Make | Year | Color | Model |
|---|---|---|---|---|---|
| GTP9343 | NY | Honda | 2010 | Gy | Odyssey |

| Vehicle Identification Number | Body Type | Authorized By | Shield Number |
|---|---|---|---|
| 5FNRL5H27CB101687 | SUV | PO Cinnaelli | 2701 |

Damage to Vehicle – Remarks: Scratches + dents to vehicle

### RELEASE INFORMATION

| Date | Time | Vehicle and Contents Released To - Name | Operators License Number | State |
|---|---|---|---|---|
| | M | | | |

Address:    Signature:

| Mileage | Cylinders | Battery Yes ☐ No ☐ | Officer | Rank & Shield Number |
|---|---|---|---|---|

### RELEASE RECORD
I HAVE RECEIVED THE ABOVE VEHICLE AND CONTENTS FOR THE LEGAL OWNER AS LISTED

| Date | Time | Registration Number | Make | Year | Color |
|---|---|---|---|---|---|
| | M | | | | |

Type:    Legal Owner of Vehicle - Name:    Address:
Officer:    Rank and Shield Number:    City:    State:

Received by - Signature:

N: 5FNRL5H27CB101687

This vehicle may be released upon (check appropriate box)

☐ Proper Identification of Owner or Authorized Representative
☑ TLC Seizure - TLC Release Required
☑ DA's Release Required
☐ Other (Please indicate agency & documentation required):

### INVENTORY

Place Conducted: Building
Stored At: Building 269 Impound Lot
Keys At: Building 269 Desk

| Location | Contents |
|---|---|
| On Visors and Dashboard | Misc Papers |
| Dashboard Radio | Yes ☐ No ☑ Removed by owner |
| In Glove Compartment | Hats, CD's, Misc Papers |
| Center Console and Ashtray | Pens, Food, Keys, Clothing, Cables |
| On and Under Front Seats | Clothing, Misc Papers, Umbrella, Tools, Cables, Cushion |
| On Shelf Behind Rear Seat | Clothing, Misc Papers, Books, Cellphone - Removed by owner |
| In Trunk | Water, Tools, Radio Phone Charger |

| Number of Hub Caps Affixed to Wheels | 4 | Radio Antenna | ☐ Yes ☐ No |
|---|---|---|---|

Inventory Conducted By - Police Officer/Shield Number: PO Cinnaelli 274 / PO Clarkson
Owner-Driver:
Witnessed By Police Supervisor: Sgt Duffy 274

PA0002

**THE PORT AUTHORITY OF NY & NJ**

VEHICLE REMOVAL AND IMPOUND REPORT — PA POLICE USE ONLY

INSTRUCTIONS: Prepare in duplicate – original to Police Desk, duplicate to Auto Crime Unit

| REMOVAL | | SUMMONS | | | Impound No. | C.C.R. Number |
|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Number | Heavy Duty Tow Yes ☐ No ☐ | N.Y.L.P. CHECKED Yes ☐ No ☐ |
| Reason for Impound | Location of Violation | | | Vehicle Removed To | | N.C.I.C CHECKED Yes ☐ No ☐ |
| Tow Truck Operator/Company | Vehicle Stolen Yes ☐ No ☐ | Date Stolen | Alarm Number | Department | | |
| 61 Number | Cancelled By | | | | Date | Time |

**VEHICLE INFORMATION**

| Registration Number | State | Make | Year | Color | Model |
|---|---|---|---|---|---|
| Vehicle Identification Number | | Body Type | Authorized By | | Shield Number |

Damage to Vehicle – Remarks:

**RELEASE INFORMATION**

| Date | Time | Vehicle and Contents Released To – Name | Operators License Number | State |
|---|---|---|---|---|
| Address | | | Signature | |
| Mileage | Cylinders | Battery Yes ☐ No ☐ | Officer | Rank & Shield Number |

**RELEASE RECORD**

I HAVE RECEIVED THE ABOVE VEHICLE AND CONTENTS FOR THE LEGAL OWNER AS LISTED

| Date | Time | Registration Number | Make | Year | Color |
|---|---|---|---|---|---|
| Type | Legal Owner of Vehicle - Name | | Address | | |
| Officer | Rank and Shield Number | | City | State | |
| | | | Received by - Signature | | |

This vehicle may be released upon (check appropriate box)

☐ Proper Identification of Owner or Authorized Representative  ☒ TLC Seizure - TLC Release Required  ☒ DA's Release Required

☐ Other (Please indicate agency & documentation required):

**INVENTORY**

| Place Conducted | Stored At | Keys At |
|---|---|---|
| On Visors and Dashboard | | Dashboard Radio Yes ☐ No ☐ |
| In Glove Compartment | | |
| Center Console and Ashtray | | |
| On and Under Front Seats | | |
| On Shelf Behind Rear Seat | | |
| In Trunk | | |

| Number of Hub Caps Affixed to Wheels | Radio Antenna | ☐ Yes ☐ No | Inventory Conducted By – Police Office/Shield Number |
|---|---|---|---|
| Owner-Driver | | | Witnessed By Police Supervisor |

PA0003

THE PORT AUTHORITY of NY & NJ
POLICE - AUTO CRIME UNIT

John F. Kennedy International Airport
Jamaica, NY 11430
(718) 244-4345



Building #254
John F. Kennedy International Airport
Jamaica, NY 11430

April 22, 2015

HVT INC
600 KELLY WAY
HOLYOKE, MA 01040

        Date of Letter : 04/22/2015
    Vehicle Description : 2012, HONDA, ODYSSEY
Vehicle Identification Number : 5FNRL5H27CB101687
    License Plate Number : NY - GJP9348
    Last Registered Owner :
            Address :

          Impound # : 0097-15
        Impound Reason : ARREST

Dear Sir/Madam,

The impounded vehicle, described above, was removed by The Port Authority of New York and New Jersey Police Department at Building #254, John F. Kennedy International Airport after being left unattended.

You may claim this vehicle until 05/12/2015 by appearing at Building #254, John F. Kennedy International Airport.

However, whether you claim the vehicle or not, you must pay the cost of its removal and storage which is presently $4,491.09. This amount will continue to accrue storage charges in the amount of $100.00 plus 8.875% tax per day until it is released.

Unless you claim the vehicle by the date listed in the preceding paragraph, The Port Authority of New York and New Jersey will acquire ownership of the vehicle. It will then be sold. Sale, removal and storage costs will be deducted from the proceeds of the sale. If those charges exceed the proceeds of the sale, you may be responsible for the difference. If the sale price exceeds the charges, you may claim the remaining funds, within one year, by contacting the undersigned.

If you have any questions, please contact The Port Authority Police Auto Crime Unit at (718) 244-4345.

Sincerely,

Lieutenant Thomas Lomonaco
Auto Crime Unit
John F. Kennedy International Airport

IBM WebSphere Portal                                                Page 1 of 3



Property » Registration  [+] Feedback

/5K97

| Registration Inquiry Results | |
|---|---|
| Search Criteria | Vehicle ID (VIN): 5FNRL5H27CB101687 |
| Reason for Inquiry | PO DEROSA JFK IMPOUND |
| DMV Registration | Status: VALID  Expiration: 01/28/2016  Plate Issued: 10/22/2013 |

Plate: GJP9348  Class: PAS - Passenger Plate (016)
Style: GOLD  Logo: GOLD  Legend: PASSENGER
Vehicle: 2012; HONDA; ODYSSEY; SUBURBAN; GRAY
Unladen Weight: 4224
Vehicle ID: 5FNRL5H27CB101687

Inspection ID: 6807367  Expiration: 08/31/2015
Station ID: 7091020  Inspection Date: 08/22/2014

Insurance Co.: LM GENERAL INS CO  Insurance Code: 618  Policy ID: AOS22801721270

Name: JEAN-LAURENT, B  Birth Date: 07/05/1967  Sex: Male
Address: 1062 E 39TH ST
         BROOKLYN, New York 11210
Motorist ID: J0502674544454451867

### Registration Suspension History

Violation Code: INSURANCE NOT IN EFFECT  Order Number: C403071  Case Number: T140215
Effective Date: 04/06/2014  Compliance Code: CIVIL PENALTY  Status: CLOSED

### Title Information

Organization Name: HVT;INC
Address: 600 KELLY WAY
         HOLYOKE, Massachusetts 01040
Status: VALID
Title Issued: 08/16/2012  Batch Number: 2072610CE6
Ownership Status: TITLE ONLY, TITLE ISSUED
Odometer: ACTUAL MILEAGE  0000001

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/vY7JbsIwFEW_plv7...  4/19/2015

IBM WebSphere Portal                                                                 Page 2 of 3

(less)   (print preview)

Status: VALID (Non-CDL)
License Class: *D*   Expiration: 07/05/2019
Name: LAURENT, BARNABAS J   Client ID: 589966713
Birth Date: 07/05/1967   Sex: Male   Height: 5' 10"   Eye Color: BROWN
Address: 227 WILEY ST                          County: SUFFOLK
         BRENTWOOD, New York 11717
Motorist ID: L0176848612964510670000
Image Captured: 12/03/2014 (KEPT)

### Activity Information

School Bus Driver Status (S19A): NOT APPLICABLE
(less)

Transaction ID: add3ca89-e6d8-11e4-a257-102030998899

| | |
|---|---|
| NYS Vehicle | No hit |
| NCIC Vehicle | No hit |
| | 1L01************ |
| | NY0307000 |
| | NO RECORD VIN/5FNRL5H27CB101687 |
| | (less)   (print preview) |
| NYS Plate | No hit |
| NCIC Plate | No hit |
| | 1L01************ |
| | NY0307000 |
| | NO RECORD LIC/GJP9348 |
| | (less)   (print preview) |
| NYS Part | No hit |
| NYS Parole | No hit |
| NYS Probation | No hit |
| NYS Order of Protection | No hit |
| NYS / NCIC Person (NAM) | **NYS Person Response** |
| | No hit |

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/vY7JbsIwFEW_plv7...   4/19/2015

IBM WebSphere Portal                                                                 Page 3 of 3

| | NCIC Person Response | |
|---|---|---|
| | No hit | |
| NYS Person (REG) | No hit | |
| NYS Person (VIN) | No hit | |
| Transaction ID: a4f91917-e6d8-11e4-a257-102030998899 | | |

About | Site Map | Site Policies |                            April 19, 2015 5:11 PM EDT

Case 1:15-cv-05867-MKB-VMS   Document 19-9   Filed 10/27/16   Page 9 of 19 PageID #: 172



Property » Registration [+] Feedback

### Registration Inquiry Results

| | |
|---|---|
| **Search Criteria** | Plate: GJP9348 |
| **Reason for Inquiry** | PO DEROSA JFK IMPOUND |
| **DMV Registration** | **Status:** VALID  Expiration: 01/28/2016  Plate Issued: 10/22/2013 |

Plate: GJP9348   Class: PAS - Passenger Plate (016)
Style: GOLD   Logo: GOLD   Legend: PASSENGER
Vehicle: 2012; HONDA; ODYSSEY; SUBURBAN; GRAY
Unladen Weight: 4224
Vehicle ID: 5FNRL5H27CB101687

Inspection ID: 6807367   Expiration: 08/31/2015
Station ID: 7091020   Inspection Date: 08/22/2014

Insurance Co.: LM GENERAL INS CO   Insurance Code: 618   Policy ID: AOS22801721270

Name: JEAN-LAURENT, B   Birth Date: 07/05/1967   Sex: Male
Address: 1062 E 39TH ST
         BROOKLYN, New York 11210
Motorist ID: J050267454454451867

### Registration Suspension History

Violation Code: INSURANCE NOT IN EFFECT   Order Number: C403071   Case Number: T140215
Effective Date: 04/06/2014   Compliance Code: CIVIL PENALTY   Status: CLOSED

### Registration Detail History

Activity: REGISTRATION RENEWAL (80)
Date: 01/30/2014   Expiration: 01/28/2016   Batch Number: 4013010803
Vehicle: 2012; HONDA; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 5FNRL5H27CB101687

Activity: PLATES ISSUED (42)

---

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/vY7LbsIwEEW_plt7j...   4/19/2015

IBM WebSphere Portal                                                              Page 2 of 3

      Date: 10/22/2013   Expiration: 01/28/2014   Batch Number: 3102210516
    Vehicle: 2012; HONDA; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 5FNRL5H27CB101687

    Activity: PLATES ISSUED (42)
      Date: 08/15/2013   Expiration: 01/28/2014   Batch Number: 3081510806
    Vehicle: 2012; HONDA; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 5FNRL5H27CB101687

    Activity: PLATES ISSUED (42)
      Date: 02/13/2013   Expiration: 01/28/2014   Batch Number: 3021310802
    Vehicle: 2012; HONDA; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 5FNRL5H27CB101687

    Activity: REGISTRATION/PLATES TRANSFERRED TO NEW VEHICLE (41)
      Date: 07/21/2012   Expiration: 01/28/2014   Batch Number: 2072610CE6
    Vehicle: 2012; HONDA; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 5FNRL5H27CB101687

    Activity: REGISTRATION RENEWAL, PLATES ISSUED (82)
      Date: 03/13/2012   Expiration: 01/28/2014   Batch Number: 2031310108
    Vehicle: 2005; JEEP; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 1J4GL48K45W616740

    Activity: REGISTRATION ORIGINAL (10)
      Date: 01/29/2010   Expiration: 01/28/2012   Batch Number: 0012900303
    Vehicle: 2005; JEEP; SUBURBAN; GRAY; 6 cylinders
Vehicle ID: 1J4GL48K45W616740
    (less)   (print preview)

                Status: VALID (Non-CDL)
     License Class: *D*   Expiration: 07/05/2019
            Name: LAURENT, BARNABAS J   Client ID: 589966713
      Birth Date: 07/05/1967   Sex: Male   Height:
           5' 10"   Eye Color: BROWN
         Address: 227 WILEY ST                        County: SUFFOLK
             BRENTWOOD, New York 11717
       Motorist ID: L01768486129645106 7000
     Image Captured: 12/03/2014 (KEPT)

IBM WebSphere Portal          Page 3 of 3

### Activity Information
**School Bus Driver Status (S19A):** NOT APPLICABLE
(less)

Transaction ID: 81e9448f-e6d8-11e4-a257-102030998899

| | |
|---|---|
| NYS Vehicle | No hit |
| NCIC Vehicle | No hit<br>1L01************<br>NY0307000<br><br>NO RECORD VIN/5FNRL5H27CB101687<br>(less) (print preview) |
| NYS Plate | No hit |
| NCIC Plate | No hit<br>1L01************<br>NY0307000<br><br>NO RECORD LIC/GJP9348<br>(less) (print preview) |
| NYS Part | No hit |
| NYS Parole | No hit |
| NYS Probation | No hit |
| NYS Order of Protection | No hit |
| NYS / NCIC Person (NAM) | **NYS Person Response**<br>No hit<br><br>**NCIC Person Response**<br>No hit |
| NYS Person (REG) | No hit |
| NYS Person (VIN) | No hit |

Transaction ID: 79e67c8d-e6d8-11e4-a257-102030998899

About | Site Map | Site Policies |      April 19, 2015 5:10 PM EDT

https://www.ejusticeny.ny.gov/wps/myportal/!ut/p/a1/vY7LbsIwEEW_plt7j... 4/19/2015

```
04/17/2015  11:47      RECEIVED  04/17/2015 10:25   201-239-3510        PAPD TELETYPE
                       718-244-4352                 BUILDING 254                    PAGE  10/22
```

**THE PORT AUTHORITY OF NY & NJ**

**VEHICLE REMOVAL AND IMPOUND RECORD**

INSTRUCTIONS: Prepare in duplicate – original to Police Desk, duplicate to Auto Crime Unit

| Impound No. | C.C.R. Number |
|---|---|
| 097-15 | 15K-6002 |

| Date | Time | Date | Time | Number | Heavy Duty Tow | N.Y.I.P. CHECKED |
|---|---|---|---|---|---|---|
| 3/14/15 | 1240 M | | M | | Yes ☐ No ☒ | Yes ☐ No ☐ |

| Reason for Impound | Location of Violation | Vehicle Removed To | N.C.J.C. CHECKED |
|---|---|---|---|
| VTL 1220J  Arrest | Terminal Parking Lot | Building 269 | Yes ☒ No ☐ |

| Tow Truck Operator/Company | Vehicle Stolen | Date Stolen | Alarm Number | Department |
|---|---|---|---|---|
| Miller Towing | Yes ☐ No ☒ | | | |

| 61 Number | Cancelled By | | Date | Time M |

| Registration Number | State | Make | Year | Color | Model |
|---|---|---|---|---|---|
| GJP9342 | NJ | Honda | 2012 | Gr | Odyssey |

| Vehicle Identification Number | Body Type | Authorized By | Shield Number |
|---|---|---|---|
| 5FNRL5H27CB101687 | SUV | P. Cianciulli | 2705 |

Damage to Vehicle – Remarks: Scratches & dents to vehicle

| Date | Time M | Vehicle and Contents Released To – Name | Operators License Number | State |
|---|---|---|---|---|
| Address | | Signature | | |

| Mileage | Cylinders | Battery Yes ☐ No ☐ | Officer | Rank & Shield Number |

I HAVE RECEIVED THE ABOVE VEHICLE AND CONTENTS FOR THE LEGAL OWNER AS LISTED

| Date | Time M | Registration Number | Make | Year | Color |
| Type | Legal Owner of Vehicle – Name | Address | | | |
| Officer | Rank and Shield Number | City | State | | |
| | | Received by – Signature | | | |

VIN: 5FNRL5H27CB101687

This vehicle may be released upon (check appropriate box)

☐ Proper Identification of Owner or Authorized Representative
☒ TLC Seizure – TLC Release Required
☒ DA's Release Required
☐ Other (Please indicate agency & documentation required):

| Place Conducted | Stored At | Keys At |
|---|---|---|
| Building | Building 269 Impound Lot | Building 269 Desk |

| On Visors and Dashboard | Misc Papers | Dashboard Radio Yes ☐ No ☒ |
| In Glove Compartment | Hats, CD's, Misc Papers | |
| Center Console and Ashtray | Pens, Food, Keys, Clothing, Cables | |
| On and Under Front Seats | Clothing, Misc Papers, Umbrella, Tools, Cables, Earphones | |
| On Shelf Behind Rear Seat | Clothing, Misc Papers, Books, Cellphone | |
| In Trunk | Water, Tools, Radio, Phone Charger | |

| Number of Hub Caps Affixed to Wheels | 4 | Radio Antenna | ☐ Yes ☐ No | Inventory Conducted By – Police Officer/Shield Number: P.O. Cianciulli 274 |
| Owner-Driver | | Witnessed By Police Supervisor: Sgt. ___ 274 |

PA0011

Case 1:15-cv-05867-MKB-VMS Document 19-9 Filed 10/27/16 Page 13 of 19 PageID #: 176

| Unit: KACD | 03/16/2015 08:10:38 |
|---|---|

## NCIC/State/Local Message

To: KACD
From: NCIC/State/Local
Recv Time: 03/16/2015 08:10:31

Message: NYMV RALL NPTB 0810
NPLGJP9348
HEDR/J05026 74544 544518-67
LIC/GJP9348. LIY/2016. LIT/PC.
VIN/5FNRL5H27CB101687. VYR/2012. VMA/HOND. VMO/ODY. VST/LL. VCO/GRY
2012 HONDA ODYSSEY, GRAY SUBURBAN, 4224 POUNDS

** REGISTERED TO **
JEAN-LAURENT,B
DOB/1967-07-05. SEX/MALE.
1062 E 39TH ST  BROOKLYN, NY  11210

LICENSE PLATE: GJP9348   DMV REGISTRATION CLASS: PAS (016)
    STYLE: GOLD   LOGO: GOLD   LEGEND: PASSENGER
PLATE ISSUED: 2013-10-22

    INSURANCE: LM GENERAL INS CO (618)
REGISTRATION EXPIRATION DATE: 2016-01-28
STATUS: VALID

PA0012

THE PORT AUTHORITY of NY & NJ
POLICE - AUTO CRIME UNIT

Building #254
John F. Kennedy International Airport
Jamaica, NY 11430

March 16, 2015

JEAN-LAURENT, B.
1062 E. 39TH ST.
BROOKLYN, NY 11210

Date of Letter : 03/16/2015
Vehicle Description : 2012, HONDA, ODYSSEY
Vehicle Identification Number : 5FNRL5H27CB101687
License Plate Number : NY - GJP9348
Last Registered Owner :
Address :

Impound # : 0097-15
Impound Reason : ARREST

Dear Sir/Madam,

The impounded vehicle, described above, was removed by The Port Authority of New York and New Jersey Police Department at Building #254, John F. Kennedy International Airport after being left unattended.

You may claim this vehicle until 04/05/2015 by appearing at Building #254, John F. Kennedy International Airport.

However, whether you claim the vehicle or not, you must pay the cost of its removal and storage which is presently $0.00. This amount will continue to accrue storage charges in the amount of $100.00 plus 8.875% tax per day until it is released.

Unless you claim the vehicle by the date listed in the preceding paragraph, The Port Authority of New York and New Jersey will acquire ownership of the vehicle. It will then be sold. Sale, removal and storage costs will be deducted from the proceeds of the sale. If those charges exceed the proceeds of the sale, you may be responsible for the difference. If the sale price exceeds the charges, you may claim the remaining funds, within one year, by contacting the undersigned.

If you have any questions, please contact The Port Authority Police Auto Crime Unit at (718) 244-4345.

Sincerely,


Lieutenant Thomas Lomonaco
Auto Crime Unit
John F. Kennedy International Airport

 

# PORT AUTHORITY POLICE
## NOTICE OF VEHICLE SEIZURE

The following vehicle has been seized by the Port Authority Police Department, based on probable cause that the vehicle was being operated for hire without the appropriate license, pursuant to section 19-506 (f) of the Administrative Code of the City of New York. The vehicle is in the possession of The Port Authority Police

PAPD IMPOUND #: 097-15

IMPOUND DATE: 3/14/15   TIME: 1244   LOCATION: Terminal 1 Green Lot

VEHICLE CLASS: X PASSENGER ___ LIMO ___ PARA TRANS ___ TLC PLATE

LICENSE PLATE #: GJF9348   STATE: NY   YEAR: 12

Make of Vehicle: Honda   Type: Odyssey   Color: GY

VIN #: 5FNRL5H97CB101687

Hearing Date: 3/26/15   Time: (8:30 AM)   2:00 PM

REGISTERED OWNER (S): Jean-Laurent B

ADDRESS: 1062 E 39th St Bklyn NY 11210

Notice given to; (if different from registered owner) _____

Address: _____

The above-described vehicle:

Summons #: 246268   Summons #: 246269

Officer Name: P. Carr   Badge #: 2701

The seized vehicle has been taken to the Port Authority Police Impound Lot, Bldg. #269, JFK Airport.

You must appear personally at the TLC Office at Building #14, JFK for a hearing OR report to the TLC Office at 32-02 Queens Blvd Long Island City, NY to post a bond in order to redeem your vehicle. Attorney, or an authorized representative who must produce a notarized power of attorney, signed by you, giving the representative authorization to appear on your behalf in this matter, may also represent you. All individuals appearing at the TLC Office at Building #14, JFK or Long Island City, must produce proper identification.

A hearing will be held as scheduled on the summons. If you do not appear on the hearing date, a judgement will be made in your absence.

*For more details as to how to redeem your vehicle see the reverse side of this Notice*





```
MV-50TR (9/10)   NEW YORK STATE REGISTRATION DOCUMENT
G PAS         GJP6876   PAS
GJP9348
2012 HONDA    NONTRANSFERABLE
SUBN GY       5FNRL5H27CB101687
004224 G 6    GD236995 JAN 30 2014
  Wt/Seats  Fuel/Cyl    KSC CYI803
                         Expires 01/28/16
JEAN-LAURENT,B           *NYMA*
1062 E 39TH ST                    36.75
BROOKLYN        NY 11210
                         ANNUAL CHG
GD236995  VOID IF ALTERED EXCEPT FOR ADDRESS   153.50
```





NEW YORK STATE INSURANCE IDENTIFICATION CARD

GTS LM-GENERAL INSURANCE COMPANY
Name & Address of Issuer:
175 BERKELEY STREET
BOSTON, MA 02116

Policy Number
AOS-228-017212-70 5

Effective Date        Expiration Date
03/07/2015            03/07/2016
12.01 a.m.            12.01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2012                  HONDA
Year                  Make
5FNRL5H27CB101687
Vehicle Identification Number

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:
JEAN-LAURANT,BARNABAS
227 WILEY ST
BRENTWOOD NY 11717-8003

LIBERTY MUTUAL
P.O. Box 570
Mishawaka, IN 46546

For Customer Service: 1-800-225-7014
For Claims: 1-800-225-2467

Report all accidents promptly, telephone the nearest Liberty Mutual Office if the accident involves another occupied vehicle (even though no injuries claimed), a pedestrian, or any personal injury or property damage.

Liberty Mutual. INSURANCE









3/14/15    PA156002
           PA 264-15
           Q156132212

PA0017

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X AMERICAN HONDA FINANCE CORP. ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) HOLYOKE, MA 01040-2982 C. Date of Delivery 9/27/6 |
| 1. Article Addressed to:<br><br>HVT INC.<br>600 Kelly WAY<br>HOLYOKE, MA. 01040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 3490 0000 7911 9667 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only)

7014 3490 0000 7911 9667

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Street & Apt. No., or PO Box No.
City, State, ZIP+4

PA0018

## MIKE'S HEAVY DUTY TOWING CO. INC.

JFK AIRPORT
AUTHORIZED TOWING
BLDG. 206, JAMAICA, NY 11430
Phone: (718) 995-3707 Fax: (718) 995-4278

**68399**

| Name (Person in Charge or Owner) or Police Officer & Badge No. | Date |
|---|---|
| H.C.D. Relocation | 13-24-15 |
| Address | Time |
| | 12:10 |

| City | State | Zip Code | Phone |
|---|---|---|---|

| Year | Make | Model | Color | State | Vehicle License Plate No. |
|---|---|---|---|---|---|
| | Honda | Odyssey | Grey | NY | GTP 9208 |

### TOW VEHICLE

| Tow Truck Driver's Name | Tow I.D. License No. |
|---|---|
| Len | |

D.C.A. Medallion #

### VEHICLE WAS TOWED

FROM: Bldg 269
TO: Bldg 197       Total Mileage:

### CHARGES

| SERVICES & TOW RATES | | CREDIT CARD PAYMENT |
|---|---|---|
| Tow | $125.00 | I authorize Mike's Heavy Towing Co. to charge my credit card with the below mentioned amount |
| Drop | $ 50.00 | |
| Impound | ✓ | |
| Heavy Duty Tow | $350.00 | |
| Mileage | $4.00 / mile plus tolls | Approval #: |
| Relocation | $ 50.00 | |
| Aeronautical Operations | $ 50.00 | License ID #: |
| Standby | $100.00/hr | |
| Customer Emergency Service | | Signature: |
| Storage per day | $ 30.00 | |
| Safety Fee | $ 50.00 | Print Name: |
| Five Star | | |

47-15

Comments: H.C.D. Relocation

| I authorize the towing and/or services and, where applicable, the storage of the above vehicle to the location as specified above. | RELEASE DATE: |
|---|---|
| | Tow Charge: $ |
| | Mileage Charge: $ |
| | Storage Fee $ |
| X _____ | Tax 8.875%: $ |
| Authorized Signature | TOTAL: $ |