# EXHIBIT J

**LAW OFFICES OF RUDOLPH J. MEOLA**
1822 WESTERN AVENUE • ALBANY, NY 12203
TEL. (518) 713-2030 • FAX (518) 713-2032

September 4, 2015

Lieutenant Thomas Lomonaco         <u>Telefax: 718-244-4352</u>
Port Authority of NY and NJ
Building 254
JFK International Airport
Jamaica, NY 11430

Re: 2012 Honda Odyssey  VIN: 5FNRL5H27CB101678
Arrest #: Q15613221- operator= Barnabas Jean-Laurent

Dear Lt. Lomonaco,

I am the attorney for HVT, Inc. which is the titled owner of the above reference vehicle which I understand is impounded by the Port Authority. I am writing to confirm that HVT, Inc. hereby claims the 2012 Honda described above.

I believe that there may be a mistake in that HVT, Inc. was told that it would have to pay over $16,000.00 for storage fees to the Port Authority in order to recover the vehicle.

Inasmuch as HVT, Inc. did not receive the notice that is required to assert storage fees storage fees are not chargeable to HVT, Inc., although the tow bill is. HVT, Inc. would like to pay the tow bill and recover the vehicle at this time. Please advise.

Thank you.

Very truly yours,

Rudolph J. Meola
Attorney

Enc.

xc: PANYNJ Legal Department (212-435-3834)