# EXHIBIT K

## OFFICE OF THE DISTRICT ATTORNEY
### COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK

—against—

LAURENT, BARNABAS    Defendant(s)

DOCKET NO.
ARREST #150613221
VOUCHER NO.
IMPOUND #97/15
STATUS OF CASE   Active
IMPOUND #97/15

The property described below will not be required by the District Attorney of Queens County in the prosecution of the above entitled case. The property in this case is in the possession of the PROPERTY CLERK OF THE POLICE DEPARTMENT.

### DESCRIPTION OF PROPERTY

1x 2012 Honda Odyssey
VIN 5FNRL5H27CB101687

RICHARD A. BROWN
DISTRICT ATTORNEY, QUEENS COUNTY
By:

Dated: 10/2/15

CLAIMANTS COPY