# EXHIBIT L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------

HVT, INC.,

            Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

            Defendant.
------------------------------------------------------------

Case No.: CV 15 5867 (MB) (VMS)

**CONSENT STIPULATION**

(BROOKLYN DIVISION)

**IT IS HEREBY STIPULATED** by and between the attorneys for the Parties as follows:

1. The Plaintiff, HVT, INC. ("HVT") has offered to post an undertaking in the sum of $35,000.00 to stand as security for the release of that certain motor vehicle held by the Defendant, PORT AUTHORITY OF NEW YORK AND NEW JERSEY ("PANYNJ") and described as a 2012 Honda Odyssey, bearing VIN #5FNRL5H27CB101687 ("the VEHICLE").

2. The Defendant, PANYNJ, has consented to the posting of that undertaking and further consents that such undertaking is sufficient in scope and amount for the release of the VEHICLE, and a copy of the Bond is annexed to this Stipulation as Exhibit "A".

3. The Plaintiff, HVT, agrees to secure the VEHICLE from the storage facility of the Defendant, PANYNJ, at its sole cost and expense.

4. The Defendant, PANYNJ, agrees to release the VEHICLE to the Plaintiff, HVT, without imposing any costs or fees of any kind or nature within three (3) days of the execution of this Stipulation.

1

This Stipulation may be executed in counterparts and filed with the Court without further notice. The Stipulation may be executed by digital or facsimile signatures and an executed copy may be treated as a signed original.

Dated: New York, New York
           , 2015

MARGARET TAYLOR-FINUCANE, ESQ.
Attorney for Defendant
PORT AUTHORITY OF NEW YORK AND
NEW JERSEY
4 World Trade Center
150 Greenwich Street, 24th Floor
New York, New York  10007
(212)

By: _____
   Margaret-Taylor-Finucane, Esq.

Date: _____

Dated: New York, New York
           Dec  11 , 2015

MICHAEL A. ROSENBERG, ESQ. (8770)
Attorney for Plaintiff
HVT, INC.
875 Third Avenue, 8th Floor
New York, New York  10022
Telephone: (212) 972-3325

By: _____
   Michael A. Rosenberg, Esq.

Date: 12/11/15

2

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

BOND NO. 106382292  
Docket No.: 1:15-CV-05867-MKB-VMS

---

HVT, INC.,

                              Plaintiff,                  BOND IN THE  
                                                                   SUM OF $35,000.00

-against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                              Defendant.

---

    WHEREAS, PLAINTIFF being the titled owner of a certain 2012 Honda Odyssey bearing vehicle identification number 5FNRL5H27CB101687 has commenced an action in part to limit, redeem and/or cancel a purported in rem claim asserted by Defendant against the 2012 Honda Odyssey for towing, storage and care of the said 2012 Honda Odyssey; and

    WHEREAS PLAINTIFF intends to give a Bond in an amount exceeding the value of the purported in rem claim by Defendant as measured by the value of the said 2012 Honda Odyssey and to recover possession of said vehicle;

    NOW, THEREFORE, the undersigned, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation authorized to do business under the laws of the State of New York, and having an office and principal place of business at One Tower Square, Hartford, CT 06183, does hereby pursuant to the law as made and provided, undertake and become bound to pay to Defendant within 30 days of judgment the value of the said 2012 Honda Odyssey which is determined by the Court to be encumbered by an in rem claim by Defendant which has priority over Plaintiff's ownership interest in the 2012 Honda Odyssey not exceeding the sum of $35,000.00.

DATED THIS __11th__ DAY OF NOVEMBER, 2015

                                                          TRAVELERS CASUALTY AND SURETY  
                                                          COMPANY OF AMERICA

                                                          _____  
                                                          Kimberly G. Sherrod, Attorney in Fact

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY

**TRAVELERS**

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company

St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

Attorney-In Fact No. 229957

Certificate No. 006514555

KNOW ALL MEN BY THESE PRESENTS: That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Douglas R. Wheeler, Maureen McNeill, Wayne G. McVaugh, Elizabeth Marrero, Jaquanda S. Martin, Mariam Tapia, Patricia A. Rumba, Sara Owens, Kimberly G. Sherrod, and Michael J. Herrod

of the City of Philadelphia, State of Pennsylvania, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 22nd day of September 2015.

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company

St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

State of Connecticut
City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the 22nd day of September 2015, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

Marie C. Tetreault, Notary Public

58440-8-12 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER**

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

FURTHER RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

FURTHER RESOLVED, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

FURTHER RESOLVED, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 11th day of November, 2015.

Kevin E. Hughes, Assistant Secretary



To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

**WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER**