UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HVT, INC.,

            Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

            Defendants.
------------------------------------------------------------x

Case No.: 1:15-cv-05867 (MKB) (VMS)

**NOTICE OF MOTION FOR
ATTORNEYS' FEES AND COSTS**

Hon. MARGO K. BRODIE

Electronically Filed

    PLEASE TAKE NOTICE that upon the Declaration of RUDOLPH J. MEOLA, ESQ, dated May 21, 2018, and the Declaration of MICHAEL A. ROSENBERG, ESQ., dated May 21, 2018, the exhibits attached hereto, and the accompanying Memorandum of Law, and all other prior proceedings and papers herein, the undersigned Motion will be made before the Honorable MARGARET K. BRODIE, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 1120, Courtroom 6F on July 6, 2018 at 10:00 A.M., or at such time as this Court may hereafter determine, pursuant to the Court's prior Order, made and entered, March 21, 2018, determining the Plaintiff, HVT, INC. to be the prevailing party, for an Order: (a) Granting Plaintiff, HVT, INC.'s request that the Court award to its counsel reasonable attorneys' fees and costs, (b) Granting Plaintiff, HVT, INC., and its counsel the right to make further applications for all fees and costs incurred subsequent to this application, through and including the termination of the case in chief; and (c) Granting Plaintiff, HVT, INC. such other and further relief this Court may deem appropriate.

Dated:    New York, New York
            May 21, 2018

1

Respectfully submitted,

_____
Michael A. Rosenberg (8870)
**LAW OFFICE OF MICHAEL A. ROSENBERG**
**Counsel for Plaintiff HVT, INC.**
rosenbergesq@aol.com
875 Third Avenue, 8th Floor
New York, New York 10022
Phone: (212) 972-3325

TO:  James M. Begley, Esq.
     Karla D. Denalli, Esq.
     **Attorneys for Defendant**
     **The Port Authority of New York and New Jersey**
     Kdenalli@panynj.gov
     4 World Trade Center
     150 Greenwich Street, 24th Floor
     New York, New York  10007
     Phone: (212) 435-3834