# CONTEMPORANEOUS TIME
# RECORD CATEGORIES

# Exhibit "B"

## CATEGORIES OF TIME RECORDS

I.     Initial Client Contact Pre-Institution of Suit

II.    Client Strategy, Case Analysis, Legal Development

III.   Pleadings, Rule 7.1 Disclosure Statement and Service of Process

IV.    Rule 64 Motion: Obtain Release of Vehicle by Bond

V.     Review Defendant's Answer/Marked Pleadings

VI.    Conferences with Magistrate Judge Vera M. Scanlon (1/29/16; 3/29/16)

VII.   Preparation of Plaintiff's Discovery Devices

VIII.  Conference with Judge Margo K. Brodie (7/13/16)

IX.    Plaintiff's Motion for Summary Judgment

X.     Defendant's Cross-Motion for Summary Judgment

XI.    Plaintiff's Opposition to Defendant's Motion for Summary Judgment

XII.   Plaintiff's Reply Memorandum of Law

XIII.  Review Defendant's Reply Memorandum of Law

XIV.   Rule 56.1 Counter-statements

XV.    Analyze Report and Recommendations by Magistrate Judge Vera M. Scanlon
       dated 2/15/18

XVI.   Analyze Order by Judge Margo K. Brodie dated 3/21/18

XVII.  Negotiations Re: Global Resolution of Compensatory Damages/Attorneys' Fees

XVIII. Plaintiff's Attorneys' Fee Application

XIX.   Correspondence/Telephonic Communication

XX.    Paralegal Assistance

XXI.   Travel time

# KEY TO TIME RECORDS

| | | |
|---|---|---|
| I. | Michael A. Rosenberg, Esq., Lead Counsel, designated as… | MAR; |
| II. | Rudolph J. Meola, Esq., Co-Counsel, designated as............... | RJM; |
| III. | Paraprofessional, Denise Green, designated as………….….. | DG; |
| IV. | Paraprofessional, Heather Zak, designated as……………… | HZ; |
| V. | Margaret Taylor-Finucane, Esq. designated as…………….. | MTF; |
| VI. | Karla D. Denalli, Esq. designated as…………………………. | KDD; |
| VII. | Time expenditure is measured and rounded to 1/10th hr. | |
| | Hourly rate applied to Counsel……………………………… | $600/hr; |
| VIII. | Hourly rate applied to Paraprofessional…………………….. | $100/hr; |
| IX. | Travel time rate applied at ½ Counsels' hourly rate………… | $300/hr; |
| X. | Efforts to re-write PANYNJ's Rules and Regulations………. | TBD; |

# OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| I. | Filing fees (Exhibit "3")…………….….................................... | $400.00; |
| II. | Service of Process (Exhibit "3")………………………………. | $ 67.50; |
| III. | Court Stenographer Transcripts (Exhibit "3")……………….. | $ 81.18. |
| | Total……………………………………….. | $548.68 |

# RECAPITULATION

| | | |
|---|---|---|
| I. | Legal Services………………………….671.1.@ $600/hr……….. | $402,660.00 |
| II. | Paraprofessional…………………………49 hrs.@ $100/hr………\$ | 4,900.00 |
| III. | Out-of-pocket expenses…………………………………………\$ | 548.68 |
| IV. | Travel Time (2 hrs @ $300.00)…………………………..............\$ | 600.00 |

V.  a) Efforts in reviewing opposition to fee app;

Preparation of Reply to Opp re: fee app;……………………    **TBD**

b) **Efforts to Re-write PANYNJ's**

Rules & Regulations (as per Order 3/21/18)…………………    **TBD**

**Grand Total**
(absent item V above)…………………..… **$408,708.68**

## TIME RECORDS KEPT CONTEMPORANEOUSLY
## WITH SERVICES RENDERED

# I.  Initial Client Contact Pre-Institution of Suit
### (Period Covered 09/01/15 – 09/30/15)

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **A. Analysis:** | | |
| 09/01/15 | Analyze the facts, including alleged notice by PANYNJ, the Parties, and the scope of the identifiable problem review client referral and identify objectives | RJM | 0.6 |
| 09/03/15 | Scope of Problem, verify location of vehicle and written statements by PANYNJ as to reason for seizure | RJM | 0.8 |
| 09/04/15 | Verify failure of notice by PANYNJ-39 day delay of any notice to Honda | RJM | 0.9 |
| | Confirm value of vehicle; consult with Client re: loss revenue stream; NADA | RJM | 0.3 |
| | Review facts re: TLC hearing (OATH) and verify that lessee is not eligible to recover the vehicle; draft letter to PANYNJ | RJM | 1.6 |
| 09/09/15 | T/c w/Officer DeRosa re: Notice and Fees; t/c w/client to confirm Notices; Review facts with client | RJM | 1.3 |
| 09/16/15 | T/c discussion with GC and BU; outline terms of lease allowing recovery of vehicle after seizure | RJM | 1.0 |

**SUBTOTAL**     **6.5**

## II.  Client Strategy, Case Analysis, Legal Development
### (Period Covered 09/01/15 – 09/30/15)

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **A. Analysis:** | | |
| 09/16/15 | Analyze the Law as it relates to the Identified problem, research primary cases: | RJM | 1.0 |
| | *Ford Motor v Property Clerk (2nd Circuit)* Review for possible Federal Court remedy | RJM | 2.0 |
| | Outline sections confirming that deprivation is denial and possession and loss of income | RJM | 0.5 |
| | Focus on section confirming that even temporary impoundment is a deprivation | RJM | 0.5 |
| | Review elements of the *Mathews* list | RJM | 0.8 |
| | *Ezagui v City of New York* seizure for evidence | RJM | 1.0 |
| | *Property Clerk v Harris* - creditor interest in vehicle is considerable | RJM | 0.8 |
| | *Maxineau v City of New York* - standard for 42 USC 1983 to address Deprivation of vehicle | RJM | 0.8 |
| | *Monell v Dept of Social Services* - standard for liability of municipality for Section 1983 (possible protective defense) | RJM | 3.0 |
| 09/17/15 | *American Honda Finance v One Honda* Review for possible state Court remedy (past experience with PANYNJ) | MAR | 2.0 |
| 09/17/15 | Outline Due Process rights for action in Federal Court *vis-a-vis* state action for Replevin | RJM | 2.0 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/17/15 | *Krimstock v Kelly*- review for 4th Amendment Issues where vehicle is seized for pecuniary motives | RJM | 2.0 |
| | Outline points on role of 4th Amendment | RJM | 1.0 |
| | Notes on state Court procedures as alternatives | RJM | 0.8 |
| | Evaluate *Grinberg v Safir* | RJM | 1.0 |
| | Summarize *Mathews* test as applied to vehicle seizure | RJM | 1.5 |
| 09/18/15 | *County of Nassau v Canavan*-review For NY State Constitutional law requirements after seizure/vehicle | RJM | N/C |
| | Outline points for strict requirements of notice by the governmental action | RJM | 1.0 |
| | *Tedeschi v Blackwood* Review for Due Process on lien asserted for towing and storage | RJM | 1.5 |
| 09/19/15 | Review numerous cases including *Craig v Carson*; *Butler v Castro* *Property v Dist. Of Columbia*; *Stypmann v City of San Francisco* | RJM | 6.0 |
| 09/19/15 | *Alexandre v Cortes* Review for 2nd Circuit rule on process for demanding a release of vehicle seized by police | MAR | 2.0 |
| | Outline specific points for section 1983 case including important lack of established procedure to avoid *Parratt* rule; *Butler v Castro* | MAR | 1.5 |
| | | | — |
| | | **SUBTOTAL** | **32.7** |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

## III. PLEADINGS, RULE 7.1 DISCLOSURE STATEMENT AND SERVICE OF PROCESS

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **A. Cover Sheet/Summons/Disclosure/Pleading** | | |
| 09/21/15 | Confirm Rule 7.1 disclosures; draft cover for summons; summons; proof and finalize outline for pleading | MAR | 2.3 |
| 09/21/15 | **1. Jurisdiction and Venue (Allegations)** Review 28 USC 1343 for original Jurisdiction | RJM | 0.6 |
| 09/21/15 | Supplemental jurisdiction under 28 USC. 1367 | MAR | 1.5 |
| | Draft all allegations in five (5) paragraphs including references to 42 USC 1983; proof; finalize | MAR | 1.8 |
| | Confirm venue proper in EDNY due to location of vehicle | MAR | 1.3 |
| 09/22/15 | **2. Parties (Allegations)** Plaintiff - verify status with client including state of origin | RJM | 0.8 |
| | Confirmation with client on status of publicly traded stock | RJM | 1.0 |
| | Defendant - review structure of PANYNJ as bi-state agency under compact ratified by U.S. Congress | RJM | 1.8 |
| | **3. Introduction (Summary)** Concise statement of legal theory of the case under 42 USC 1983 | RJM | 0.8 |
| | Emphasize key facts such as *ex parte* lien for $4,491.09 (refusal to release w/o payment) | RJM | 1.0 |

| Date | Service | Attorney | Time |
|---|---|---|---|
| | Revision and several edits to maximize impact in single paragraph | RJM | 0.6 |
| 09/23/15 | **4. Facts (Allegations)** Initial outline by date of occurrence from 7-21-12 to 4-22-15 | RJM | 2.8 |
| | Verify actual charge under NY Penal Law 170.20 | RJM | 0.8 |
| | Specific details of PANYNJ fees | RJM | 1.5 |
| | Confirm client has no culpability and draft detailed allegations | RJM | 0.6 |
| 09/24/15 | Draft paragraph alleging failure by Port to provide notice and a hearing | RJM | 1.8 |

**a.   Count I (42 U.S.C. § 1983)**
**(Deprivation of Property Without Due Process of Law)**

| Date | Service | Attorney | Time |
|---|---|---|---|
| 09/24/15 | Research elements of claim- *Lugar v Edmonson* color of state law | MAR | 2.0 |
| 09/25/15 | Research for cases in the Second Circuit | RJM | 1.8 |
| | *McMenemy v City of Rochester* on property interest and deprivation | RJM | 1.0 |
| | *Alexandre v Cortes* for deprivation by denial of possession | RJM | 1.2 |
| | Research for EDNY cases | RJM | 0.8 |
| | *Connecticut v Doehr* for deprivation by assertion of lien | RJM | 1.8 |
| | *Mennonite Bd. of Missions v Adams* for loss of lien property | RJM | 1.5 |
| 09/25/15 | Draft key allegations for PANYNJ deprivation under Color of State Law in Violation of Fourteen Amendment | MAR | 1.5 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/26/15 | Draft allegations of knowledge of Port of unconstitutional acts and causation | RJM | 1.5 |
| | Damages detailed by value of loss and NADA quotes | RJM | 0.8 |
| | Draft four paragraphs addressing municipal liability; revise to indicated *Monell* elements | RJM | 1.0 |

**b. Count II (Replevin)**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/26/15 | Draft initial allegations | MAR | N/C |
| | Revise; proof; finalize | MAR | N/C |

**c. Count III (NY Constitution Article I, Sec. 6) (Deprivation of Property Without Due Process of Law)**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/28/15 | Research elements of claim- *Sharrock v Dell Buick* on procedural Due Process | RJM | N/C |
| | Draft key allegations following Federal format | RJM | N/C |
| | Revise; proof; finalize | RJM | N/C |

**d. Count IV (Declaratory Relief)**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/28/15 | Research elements of claim- *Sharrock v Dell Buick* on procedural Due Process | RJM | 2.8 |
| | Draft key allegations following Federal format | RJM | 0.8 |
| | Revise; proof; finalize | RJM | 1.0 |

**e. Municipal liability under *Monell***

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/29/15 | Research four grounds for liability | MAR | 1.4 |
| | Draft official decisions and allegations based on police officer authority | MAR | 0.8 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/29/15 | Draft practice allegations based upon PANYNJ letter | MAR | 0.8 |
| | Draft failure to train/*Monell* liability allegation based upon clear 2nd Circuit procedure and persuasive cases | MAR | 1.8 |

**f. Prayer for Relief (Judgment and Declaration)**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/30/15 | Draft allegations for relief under Federal counts including declaratory relief and damages | RJM | 2.0 |
| | Draft state law relief requirements | RJM | N/C |
| 09/30/15 | Add claim for legal fees under 42 U.S.C. 1988 | MAR | 0.4 |
| | Verify proper methods to serve Port; verify address of appropriate officer at 4 World Trade Center | MAR | 2.0 |
| | Verify fees | MAR | 0.4 |
| 10/02/15 | Review and edit drafted Cover Sheet, Summons and Complaint with RJM in anticipation and preparation for filing | MAR | 6.0 |

**B. Filing Pleadings and Service of Process**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 10/09/15 & 10/13/15 | &Correspondence with United Lawyer's Service re: Filing | MAR | 0.4 |
| 10/13/15 | Confirmation of filing with EDNY Docket Sheet Entry: Cover Sheet, Summons, Rule 7.1 Disclosure and Complaint | MAR | 0.3 |
| 10/14/15 | Correspondence with Process Server Re: Service of Cover Sheet, Summons and Complaint | MAR | 0.2 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **Review Judge's Rules** | | |
| 10/13/15 | Print, review, and familiarize w/Rules of District Court Judge Margo K. Brodie | RJM/MAR | N/C |
| | Print, review, and familiarize w/Rules of Magistrate Judge Vera M. Scanlon | RJM/MAR | N/C |
| 10/14/15 | Review Court Notice re: Rule 73.1 regarding consent to Magistrate Judge to conduct all proceedings | MAR | 0.1 |
| | Preparation of Consent to Magistrate | MAR | 0.1 |
| 10/20/15 | Review Process Server Affidavit re: Pleadings served upon PANYNJ | MAR | 0.1 |
| 10/26/15 | Review MTF Notice of Appearance | MAR | 0.1 |
| | Review MTF Letter Motion for extension | MAR | 0.1 |
| 10/27/15 | Review Order granting extension until 12/15/15; review Scheduling Order re: initial conference 1/5/16 | MAR | 0.1 |
| | Telephone conference with MTF Re: Scheduling Order and Consent; Declination by MTF (1/20/16) | MAR | 0.1 |
| 12/11/15 | Review MTF Letter Motion for further extension to Answer, and to adjourn initial conference | MAR | 0.1 |
| 12/14/15 | Review Court Order granting Extension of Time to Answer and rescheduling initial conference to 1/29/16, directing parties to complete joint proposed Scheduling Order | MAR | 0.1 |

|  | | **SUBTOTAL** | **57.9** |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

# IV. Rule 64 Motion: Obtain Release of Vehicle by Bond

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **A. Strategy and Legal Procedure** | | |
| 11/06/15 | **1. Recovery of the vehicle**<br>Confirm that state law replevin claim may be used along with replevin in Federal Court; | RJM | N/C |
| 11/07/15 | Review Federal Rule 64 re: availability of motion in Federal Court for turn-over on bond; research cases that permit un-differentiated motion for Federal Rule 64 relief; confirm that client will post bond as needed to compel release | RJM | 4.5 |
| 11/08/15 | **2. Recovery of Damages**<br>Verify relief available in Section 1983 action for Due Process violation | RJM | 0.8 |
| | Relief available under *Ford Motor v Property Clerk* for stream of income interrupted by seizure | RJM | 1.0 |
| | Verify recovery of nominal damages under *Cary v Piphus* | RJM | 0.5 |
| | Confirm recovery of attorney fees under 42 U.S.C 1988 to prevailing party and standard for prevailing party | RJM | 2.0 |
| 11/09/15 | **3. State/Federal Court Remedy Analysis**<br>Check 21 NYCRR 1260.1 | RJM | N/C |
| | Review to determine if PANYNJ has any procedure for Due Process or whether the deprivation was random or unauthorized; outline all possible sections of PANYNJ rules including self-published authority of PANYNJ manager to seize vehicles | RJM | 3.8 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 11/10/15 | Outline elements for use in Motion; review possible application of New York Lien Law to justify PANYNJ actions including Lien Law Section 184(2) and (5) | MAR | 2.5 |
| | Confirm authorization with client strategy to proceed in Federal Court under Section 1983 and willingness for Bond (2x value of vehicle) | RJM | 0.4 |
| 11/16/15 | Based upon research above, and client's authorization, coordination and preparation of initial draft of Motion to Release vehicle on Bond** | MAR | 2.0 |
| 11/20/15- 11/21/15 | Finalize Motion for Bond** | RJM | 8.0 |
| 12/11/15 | After discussion with MTF, preparation and Execution of Stipulation w/MTF permitting subject vehicle to be released on Bond | MAR | 0.4 |
| 12/14/15 | Agreement with MTF to permit HVT to File Bond for Release of Vehicle; con-firmation of Stipulation filed with the Court (including Bond for $35,000.00) | MAR | 0.3 |
| 12/18/15 | Confirmation by client that subject vehicle has been secured from PANYNJ Impound | RJM | 0.2 |

**SUBTOTAL**    **26.4**

**NB: Motion prepared but not served or filed; parties Stipulated to Bond (copy annexed as Exhibit "2")

# V. Review Defendant's Answer/Marked Pleadings

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 01/13/16 | Review PANYNJ Answer dated 1/12/16 and filed 1/13/16; review with RJM; mark pleadings with admissions, denials, denials upon knowledge or information and defenses in the nature of responsive allegations; preparation of anticipated Motion for Summary Judgment | MAR | 5.5 |
| 01/19/16 | Preparation and filing of Notice of Appearance | MAR | 0.1 |
| 01/20/16 - 01/21/16 | Preparation of Scheduling Order in joint effort with MTF; filed completed Initial Joint Scheduling Order for conference set for 01/29/16 | MAR | 1.2 |
| 01/22/16 | Transmit Answer to client for review and comment | RJM | 0.1 |
| 01/25/16 | Client conference re: Answer and alleged defenses | RJM | 0.3 |

**SUBTOTAL**    **7.2**

# VI. Conferences with Magistrate Judge Vera M. Scanlon

| Date | Service | Attorney | Time |
|------|---------|----------|------|

### A. PREPARATION FOR INITIAL CONFERENCE

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 12/16/15 | Preparation for client conference in in anticipation of upcoming Initial conference; review of all 2nd Circuit cases for possible rebuttal by PANYNJ; lengthy strategy session with client and MAR knowing that Initial scheduling Order-dates determined and agreed upon, with discovery to follow; summarize theory for SJ Motion with client; letter to client seeking permission to engage in and file Motion Practice | RJM | 5.8 |
| 12/29/15 | Review marked Answer by PANYNJ, in anticipation of Initial Conference before MJ Scanlon (01/05/16; conference subsequently adjourned to 01/29/16) | RJM | 1.8 |
| | Outline for client assessment value of affirmative defenses by strength; tailor anticipated need for discovery and rebuttal of defenses | RJM | 2.0 |
| 01/25/16 – 01/26/16 | Preparation of internal Memo in contemplation of upcoming Initial Conference on 01/29/16; revisit *AM Honda v. Manhaini*; review facts in case including timing of seizure *vis-à-vis* notice; review deprivation without hearing (Const. 4th & 14th) | MAR | 4.2 |

### B. ATTENDANCE AT ADJOURNED INITIAL CONFERENCE

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 01/29/16 | Court Conference with MJ Scanlon and MTF for Initial Scheduling; Court recommended parties confer on resolution by 02/29/16 and discovery to occur thereafter if no settlement | MAR | 0.6 (tape 3:32 – 4:10 travel time 1.0; noted separately below) |

| Date | Service | Attorney | Time |
|------|---------|----------|------|

**C. SUBSEQUENT TELEPHONE CONFERENCE WITH MJ SCANLON**

| 03/29/16 | Telephone conference with MJ Scanlon, MTF and MAR; on for Status & Settlement; advise Court that discovery is complete and parties discussing settlement; Court noted PANYNJ has 60 days to focus on resolution; follow-up @ next Conference scheduled 03/29/16 | MAR | 0.1 (tape 3:14 – 3:20) |

**SUBTOTAL**     **14.5**

# VII. Preparation of Plaintiff's Discovery Devices

## A. Rule 26 Initial Disclosure

| Date | Service | Attorney | Time |
|---|---|---|---|
| 02/05/16 | Preparation and conference w/client to confirm evidence and key witnesses including records; copies; insurance; damages based on vehicle loss; explain discovery process and draft paragraphs for clients use to provide key Disclosures | RJM | 3.6 |
| 02/11/16 | Draft Plaintiff's Rule 26 Initial Disclosure; Finalize disclosure with Exhibits; transmittal to MTF | MAR | 2.0 |
| 02/25/16 | Receipt and initial review of Defendant's Rule 26 Initial Disclosures, including PANYNJ internal Rules and Procedures containing 82 edited pgs. of internal materials; transmittal of Disclosures to client and RJM | MAR | 6.0 |

## B. Plaintiff's Interrogatories

| Date | Service | Attorney | Time |
|---|---|---|---|
| 02/26/16 | Outline key legal elements for all causes of action that may warrant questions; contemplate subparts directed to the PANYNJ's procedures as referenced in the Airport Rules for JFK; subparts addressing Notice, judicial review and hearing; conference with client's BU for input | RJM | 3.0 |
| 02/27/16 | **Interrogatory No. 1** to focus on sixth Defense in answer; five subparts directed to the seizure by law enforcement; two subparts directed to post seizure at Procedures; two subparts expressly questioning constitutional notices of a hearing; outline | RJM | 5.8 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 03/01/16 | **Interrogatory No. 2 to** address paragraph 13 of answer; question basis for seizure and warrant; subpart directed to PANYNJ procedures as referenced in the Airport Rules for JFK; subpart re: Notice, Hearing and Judicial Review | RJM | 4.8 |
| 03/02/16 | **Interrogatory No. 3** as to the letter by the PANYNJ; subpart as to letter dated 04/22/15 by PANYNJ | RJM | 2.0 |
| 03/05/16 | **Interrogatory No. 4** containing subparts regarding the alleged defense that the PANYNJ has a valid lien; review NYS law re: basis for valid lien after towing by public, including Lien Law 184; address questions to deficiency of procedures for lien and notice and a hearing | RJM | 5.5 |
| 03/07/16 | Review initial and 2nd drafts of Interrogatories; proofread and correct; final revisions and draft cover letter for transmittal to MTF; transmittal to MTF | MAR | 3.8 |
| 03/10/16 | Review Defendant, PANYNJ, Discovery Demands by D&I and Interrogatories | MAR | 0.5 |
| | **C. PANYNJ Initial (Rule 26) Disclosure** | | |
| | Review witness and evidence list | RJM | 0.3 |
| | **D. PANYNJ Response to 1st Set of Plaintiff's Interrogatories (03/10/16)** | | |
| 03/11/16 | Review all documents previously Submitted by PANYNJ's Rule 26 Initial Disclosure | RJM | 4.0 |

| Date | Service | Attorney | Time |
|---|---|---|---|
| 03/16/16 - 03/18/16 | Analyze PANYNJ's Interrogatory Responses re: key items regarding PANYNJ Procedures; Impound vehicle memo at p. 19; Audit report at p. 64; PANYNJ rules for ground transportation at p. 111; Internal memos at p. 182; chart evidence discovered for each claim in complaint for future motions | RJM | 11.5 |

### E. PANYNJ Discovery Demands

| Date | Service | Attorney | Time |
|---|---|---|---|
| 03/10/16 | Receipt and review of PANYNJ interrogatories and document demands; transmittal of discovery to RJM and client BU | MAR | 1.0 |
| | With client's assistance, organize all facts re: client contact with PANYNJ including any notice of seizure; organize references to authorities that the PANYNJ questions for applicability, including V&T 1220-B; review all fact information for contract with Taxi & Limo Commission | RJM | 4.5 |
| 03/16/16 | Draft HVT's initial response to all Interrogatories; revise, proof and finalize for transmittal to client and RJM | MAR | 5.0 |
| | Coordinate and organize all documents Necessary for response to interrogatories; revise; proof and finalize | RJM | 2.5 |
| 03/25/16 | Review final responses to PANYNJ Interrogatories; final assembly of documents to PANYNJ D&I request; draft and prepare cover letter to MTF transmitting responses and suggesting possible further settlement discussions and HVT's offer to work towards amending PANYNJ's procedures pre-Motion | MAR | 1.5 |

**SUBTOTAL** **67.3**

# VIII. Conference With Judge Margo K. Brodie 7/13/16

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 06/15/16 | Court sets Pre-Motion Conference for 07/13/16 (Re: ECF #15) | MAR | N/C |
| | Discussion with client and MAR in preparation of upcoming Conference, including most recent cases including *Ford Motor Credit, Krimstock, Manhaini, Monell and Harrell* | RJM | 3.5 |
| | Preparation of internal Memo for use in Oral Argument before Judge MKB re: PANYNJ internal procedures, constitu-tional statutes, Lien Law and case law | MAR | 4.0 |
| 07/13/16 | Attendance at Court Conference before Judge MKB with MTF for Pre-Motion Conference; Court encouraged mediation, and set forth Motion schedule; Motions to be filed by 09/13/16 | MAR | 1.0 (on the record 10:30 – 11:30) (travel time 1.0 listed separately below) |
| | Post-Court Conference with client and RJM to review outcome and in preparation of SJ Motion; client authorized settlement, if available | MAR | 1.5 |
| 08/02/16 | Order Transcript from Court Stenographer, JB Reporting, Inc. (fee: $81.18) | MAR | 0.1 |
| 08/03/16 | MTF/MAR to share cost | MAR | N/C |
| 08/08/16 | Review Stenographic Transcript from 07/13/16 Court Appearance (34 pgs.); send Transcript to RJM for forwarding to client; begin preparation for SJ Motion | MAR | 1.5 |

**SUBTOTAL**     **11.6**

# IX. Plaintiff's Motion for Summary Judgment

## SUMMARY JUDGMENT TIMELINE

The Court, after pleadings, discovery and unsuccessful attempts at resolution, by docket entry dated 07/13/16, directed the parties to each move for Summary Judgment on or before September 13, 2016. Opposition was due on or before October 13, 2016, and reply, if necessary, on or before October 27, 2016. Both parties adhered to the Court's briefing schedule:

| | |
|---|---|
| 09/09/16 | Plaintiff served Defendant with Motion for Summary Judgment; |
| 09/13/16 | Plaintiff received Defendant's Motion for Summary Judgment; |
| 10/11/16 | Plaintiff served Defendant with Opposition to Summary Judgment; |
| 10/13/16 | Plaintiff received Defendant's Opposition to Summary Judgment; |
| 10/26/16 | Plaintiff served Defendant with Reply for Summary Judgment; |
| 10/27/16 | Plaintiff received Defendant's Reply for Summary Judgment; |
| | Plaintiff and Defendant exchanged Rule 56.1 Statements; |
| 07/12/17 | Plaintiff served its Rule 56.1 Counter-Statement; |
| 07/14/17 | Defendant served its Rule 56.1 Counter-Statement; |

Both fully briefed Motions were referred to Magistrate Judge Vera M. Scanlon for Report and Recommendation

| Date | Service | Attorney | Time |
|---|---|---|---|
| | **1. Initial draft outline** | | |
| 07/13/16 | After MAR appearance before MKB, prepare initial outline format for draft of Motion | RJM | 1.5 |
| | **2. Notice of Motion** | | |
| 07/18/16 | Draft Notice of Motion per Scheduling Order; recite Declarants and Memo | MAR | 0.1 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **3. Rule 56.1 Statement** | | |
| 07/21/16 | Draft outline of key facts that are not disputed; review defendant's answer and D&I responses for admissions; detailed citations to answers to interrogatories | MAR | 4.1 |
| 07/22/16 | Incorporate references to PANYNJ rules at 21 NYCRR 1262.16; revision to coordinate references to MAR declaration | MAR | 3.5 |
| 07/25/16 | Add facts confirming release on Bond; revision to streamline references to PANYNJ rules and facts showing non-compliance | MAR | 2.4 |
| | Proofread and forward to RJM for review | MAR | 1.5 |
| | **4. Client Declaration** | | |
| 07/22/16 | Confirm w/client name of Declarant; draft outline of the facts; organize relevant exhibits (1-4) | MAR | 2.6 |
| 07/25/16 | Draft initial Declaration for Ramsey Simmons; revise, proofread, finalize and submit to client for review (client executed Dec on 08/25/16) | MAR | 2.1 |
| | **5. Declaration of MAR** | | |
| 07/27/16 | Draft outline to incorporate relevant Exhibits (PX1 Defendant's response to Interrogs); review Interrogs; revise proof read and finalize | MAR | 3.2 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **6. Memorandum of Law** | | |
| 08/02/16 | Commence Research re: relevant law on all issues | | |
| | *Allianz Insurance v Lerner* and cases within the 2nd Circuit on the summary judgment standard; (Section 1983 elements); *Am. Mfr. Ins. v Sullivan*; *Lugar v Edmondson Oil* | RJM | 4.3 |
| 08/03/16 | Shepardize *Lugar* for recent developments and analyze; revisit *Ford v NYC Police* and *Krimstock*; *Mennonite Bd. of Missions v Adams* | RJM | 4.1 |
| | **a. Notice Requirements** | | |
| 08/05/16 - 08/06/16 | *Craig v Carson* on timing of notice *Lee v Thornton* and shepardize for 2nd Circuit precedent | RJM | 1.5 3.0 |
| | *Remm v Landrieu* re: cases requiring notice before fees are charged | | 2.0 |
| | *Hann v Carson* on mandatory content Shepardize *Sharrock v Dell Buick* for New York case | | 2.0 3.0 |
| | *Dutch Point Credit Union v Carson* for notice to creditor | | 1.8 |
| | **b. Hearing** | | |
| 08/08/16 | *Stypmann v City of San Francisco* and *Tedeschi v Blackwood* as to standards and shepardize citing cases | RJM | 5.0 |
| 08/09/16 | NY V&T 1804 and substantial search for New York cases | RJM | 4.0 |
| 08/10/16 | *Harrell v City of New York*-major recent case on Due Process | RJM | 4.0 |
| 08/11/16 | *Fuentes v Shevin* on burden to initiate hearing being a governmental interest | RJM | 3.0 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/13/16 | *McClendon v Rosetti* for 2nd Circuit Authority on burden and shepardize for recent cases; | RJM | 3.5 |
| | *County of Nassau v Canavan* for NY cases | RJM | N/C |
| | **c. Failure of Notice** | | |
| 08/15/16 | *Butler v Castro* regarding requirement that statements must include notice provisions | RJM | 2.5 |
| 08/16/16 | *Rackley v City of New York* re: hearing required for traffic detention | RJM | 1.5 |
| | Shepardize *Rackley and Hernandez* for 2nd Circuit cases on detention | RJM | 2.8 |
| | **d. Remedies** | | |
| 08/18/16 | *Associates Com. v Wood* for holding that violation of Due Process is void | RJM | 1.0 |
| 08/19/16 | Shepardize for 2nd Circuit cases | RJM | 3.0 |
| | Locate cases confirming damages on loss of vehicle value including *Tulin v Bostic* | RJM | 4.0 |
| | **e. Draft Preliminary Statement** | | |
| 08/24/16 | Outline concise one page summary; Add quote from *Harrell* | MAR | 2.5 |
| 08/25/16 | Extensive revision to encapsulate key facts and concise issues; proofread; correct and finalize | MAR | 3.8 |
| | **f. Draft Statement of Facts** | | |
| 08/27/16 | Incorporate Rule 56.1 disclosure in narrative form | MAR | 2.0 |
| 08/29/16 | Add quote for PANYNJ rules at 21 NYCRR 1262.16 | MAR | 3.0 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/30/16 | Revise for clarity and re-check all cites to record | MAR | 3.0 |

**g. Draft Legal Standard Section**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/20/16 | Outline key principles for summary judgment | RJM | 1.0 |
| | Revise; proof read; cite check | RJM | 1.5 |

**h. Draft standard for Section 1983**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/22/16 | Cite governing rule and key holdings on 2 elements of Section 1983 | RJM | 1.0 |
| | Focus point on procedural Due Process with paragraph on protected property intent and denial of possession | RJM | 3.0 |
| | Add further argument that assertion of lien is a depravation | RJM | 1.5 |

**i. Draft Background for Notice Requirements**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/23/16 | Timing, including vehicle cases | RJM | 1.5 |
| | Content, adding need to avoid coercion | RJM | 2.5 |
| | Mechanics, both as to owner and lienholder | RJM | 2.0 |

**j. Draft Background for Hearing Requirements**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/24/16 | Timing | RJM | 0.5 |
| | Content, incorporate State Law reasons why hearing is vital | RJM | 2.5 |
| | Mechanics, focus as burden is on government action to set up hearing | RJM | 3.0 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|

### k. Draft Detailed failures by PANYNJ on Notice

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/29/16 | Lack of notice in the PANYNJ procedure | RJM | 1.0 |
| | Add in facts of back-charging | RJM | 0.8 |
| | Add in facts of $100.00 per day charges based upon faulty notice | RJM | 0.8 |
| | Cite to proverbial "Hobson's choice" from *Craig v Carson* | RJM | 0.5 |
| | Summarize failure of any reference to a hearing with case cites | RJM | 1.0 |

### l. Draft Detailed Failures by PANYNJ on Hearing

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 08/31/16 - 09/02/16 | Lack of hearing in Port procedures, and add cite to *Draper v Combs* | RJM | 1.0 |
| | Focus on PANYNJ admission of no hearing procedure | RJM | 0.8 |
| | Summarize the *per se* Due Process violation and add cases *Tedeschi* and *Krimstock* to support | RJM | 1.0 |
| | Contrast the Due Process that exists for parking tickets as stated in *Rackley* and in *Harrell* for traffic summons | RJM | 4.0 |
| | Summarize with 2nd Circuit holding in *Hernandez v European Auto* | RJM | 1.0 |
| | Add footnote distinguishing PANYNJ position on innocent owner | RJM | 0.8 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **m. Draft Basis to Award Summary Judgment** | | |
| 09/06/16 | Highlight PANYNJ position that no hearing is required | RJM | 1.0 |
| | Address and refute argument about internal memos for various protocols | RJM | 3.0 |
| | Cite to PANYNJ admission that it has no hearing procedure | RJM | 1.0 |
| | **n. Draft Basis for Municipal Liability** | | |
| 09/07/16 | Cite to *Monell* and *Butler* | RJM | 1.0 |
| | Summarize the deprivations at issue in this case | RJM | 0.8 |
| | Cite to PANYNJ rules and PANYNJ admission that deprivations were official | RJM | 1.5 |
| | **o. Draft Refutation of Defenses** | | |
| 09/07/16 | Cite cases holding that state law does not excuse Due Process violation | RJM | 0.8 |
| | Research and locate Supreme Court Authority | RJM | 0.8 |
| | Address NY Lien Law argument as being constitutionally defective | RJM | 1.5 |
| | **p. Draft the Remedies Sought** | | |
| 09/08/16 | Declaration that PANYNJ charges are void, both pre and post notice | RJM | 3.0 |
| | Add cite to *Associates Commercial v Wood* | RJM | 0.5 |
| | Actual damages are based upon vehicle depreciation with cites to record | RJM | 2.5 |
| | Nominal damages authority and attorney's fees | RJM | 0.4 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **q. Draft NYS Constitutional Liability** | | |
| 09/09/16 | Incorporate by reference the federal position | RJM | 0.8 |
| | Add discussion of *Sharrock* and *Canavan* as NY specifics on Due Process | RJM | 2.0 |
| | Confirm NY Lien Law is not a defense | RJM | 0.8 |
| | Summarize the remedies | RJM | 0.5 |
| | **r. Draft Table of Contents** | | |
| 09/06/16 | Organize all topic sections, revise headings for brevity and proofread; verify all references and proofread | MAR | 3.8 |
| 09/07/16 | Review all case cites for form, accuracy page reference; verify all statute and rules cites and proof used | MAR | 6.6 |
| | **s. Draft Conclusion** | | |
| 09/08/16 | Summarize undisputed legal issue on lack of hearing; State relief sought; revision; proofread | MAR | 1.3 |
| 09/09/16 | MAR final review and revisions; submit to client | MAR | 4.4 |
| | Submission to PANYNJ | MAR | <u>0.1</u> |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

**SUBTOTAL    162.1**

# X. Defendant's Cross-Motion for Summary Judgment

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/13/16 | Received PANYNJ's Motion for Summary Judgment, w/attachments | MAR | 0.1 |
| 09/16/16- 09/17/16 | Initial review PANYNJ's Motion for Summary Judgment, including Declaration of James M. Begley ("JMB"), by MTF; Declaration of MTF w/Exhibits "A" through "L" (double-sided), and Memo of Law; PANYNJ Rule 56.1 Statement | MAR | 10.0 |
| 09/15/16- 09/16/16 | Preliminary review PANYNJ's Motion for Summary Judgment, including Declaration of James M. Begley ("JMB"), by MTF; Declaration of MTF w/Exhibits "A" through "L", (double-sided), and Memo of Law; PANYNJ Rule 56.1 Statement | RJM | 4.0 |

## A. Analysis

### 1. Rule 56.1 Statement

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/22/16 | Draft outline of all needed facts | MAR | 2.0 |
| 09/23/16 | Organize to support rebuttal and reply | MAR | 1.8 |

### 2. Memorandum of Law

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/20/16 | Line by line notation and highlight of key points, including Exhibits "A"– "L" | RJM | 3.0 |
| 09/24/16 | Organize and chart categories of statements both disputed and undisputed | RJM | 4.0 |
| 09/26/16 | Analyze undisputed argument raised about "caretaking" function of PANYNJ including relevant parts of *Harrell* on 4th Amendment | RJM | 2.0 |
| 09/28/16 | Outline specific points from *Harrell* cited by PANYNJ | RJM | 1.8 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/29/18 | Review PANYNJ rules for any reference to Lien Law 184 as implied by PANYNJ | RJM | 2.0 |
| 10/01/16 | Analyze argument about qualified immunity | RJM | 2.0 |
| | Outline key cites by PANYNJ to its rules on authority to charge fees | RJM | 1.0 |
| | Analyze argument about *Monell* and PANYNJ's admission that it followed a customary practice | RJM | 1.5 |
| | Outline objection to replevin claim | RJM | <u>1.0</u> |
| | | **SUBTOTAL** | **36.2** |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

# XI. Plaintiff's Opposition To Defendant's Motion For Summary Judgment

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **A. Research Points of Law for Opposition** | | |
| 09/21/16 | *Connecticut v Doehr* on assertion of a lien is deprivation | RJM | 0.8 |
| | Shepardize for recent authority including *British Intern v Seguris* | RJM | 2.0 |
| 09/23/16 | Comprehensive review of all jurisdictions requiring a hearing within a reasonable period of time | RJM | 2.5 |
| 09/24/16 | Shepardize all cases for recent case law and chart by circuit and district | RJM | 4.0 |
| | Research the "caretaking" doctrine relied upon by the Port in its motion | RJM | 3.0 |
| 09/26/16 | *Hines v City of Albany* re: seizures for evidence | RJM | 0.8 |
| 09/27/16 | Research "qualified" immunity defense raised by Port and locate 2nd Circuit case rule in *Askins v Doe* | RJM | 3.0 |
| | **B. Draft Memorandum of Law** | | |
| 09/24/16 | Outline preliminary statement with key Points; add quote from PANYNJ that distills its position; summarize essential point is right to be heard; add cites to governing points of law which refute the PANYNJ; add counter-statement of facts | MAR | 5.1 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 10/03/16 | Draft key points that overwhelming authority throughout country requires a hearing; revise list of cases by jurisdiction to add most recent | RJM | 4.5 |
| 10/04/16 | Draft rebuttal to argument that internal memos are sufficient; cite to key language in *Gates* Draft reply to "caretaking"; add footnote to clarify that 4th Amendment is not material to this case; cites to *Ford Motor*, *Krimstock* and *Harrell;* | RJM | 6.2 |
| 10/05/16 | Draft refutation of PANYNJ claim that Due Process only applies to forfeiture cases | MAR | 2.5 |
| | Draft opposition to state law and qualified immunity points | MAR | 2.0 |
| | Draft conclusion and finalize for brevity | MAR | 0.8 |
| 10/06/16 | Draft table of contents, verify accuracy and finalize; draft Table of Authorities reviewing for accuracy, form and proofread | MAR | 3.0 |

### C. Memorandum of Law (Final Preparation)

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 10/05/16 | Line by line notation and highlight of key points that require reply; organize and prioritize issues that require reply; analyze argument that NY Lien Law is determinative | RJM | 4.0 |
| 10/06/16 | Outline the position made regarding *Ford Motor* and *Alexandre v Cortes*; review cite to NY Uncon. Law 6831(8) and relevant interpretations; review and analyze cases cited by PANYNJ for right to seize under airport rules | RJM | 7.0 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 10/07/16 | Analyze qualified immunity argument for any new arguments; analyze argument that PANYNJ Rules allow release by payment and right to seek refund; final draft document for transmittal to MAR | RJM | 4.3 |
| 10/08/16 | Review, summarize point about "caretaking", Cross Check Cites with PANYNJ's Rule 56.1 Statement, and final read through for submission to PANYNJ | MAR | 2.6 |
| 10/11/16 | Submit to MTF opposition to PANYNJ's Motion for Summary Judgment; copy to client and RJM | MAR | 0.2 |
| | | **SUBTOTAL** | **58.3** |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

# XII. Plaintiff's Reply Memorandum Of Law

**(In Support of Summary Judgment and further Opposition to Defendant's Summary Judgment)**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| | **A. Research Main Points** | | |
| 10/13/16 | *Addante v Village* that state law yields to constitutional law | RJM | 1.5 |
| | *Fuentes v Shevin* burden of compliance with Due Process and updates | RJM | 1.0 |
| | **B. Draft Reply Memorandum** | | |
| 10/14/16 | Draft preliminary statement to lay out pure issues of law for decision | MAR | 1.0 |
| 10/19/16 | Summarize the Due Process violation; draft rebuttal to attempt to distinguish *Ford Motor*; draft summary of law that informal procedures are inadequate | RJM | 2.6 |
| 10/20/16 | Draft reply to state law predominance Argument; draft summary of rule that the burden of compliance is on PANYNJ; draft immateriality of immunity doctrine | RJM | 3.3 |
| 10/22/16 | Review and notate all arguments under Federal cases | RJM | 2.0 |
| | Research and analyze new cases cited under NY law and revisit *American Honda* for applicability | RJM | 2.0 |
| 10/24/16 | Preparation of final draft, including Preliminary Statement and conclusion confirming that summary judgment is appropriate | MAR | 2.3 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 10/27/16 | Submit to MTF reply Memorandum in Support of Summary Judgment; copy to client and RJM | MAR | 0.2 |
| | | **SUBTOTAL** | **15.9** |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

# XIII. Review Defendant's Reply Memorandum Of Law

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 10/27/16 | Received PANYNJ's Reply Memorandum in Opposition; transmittal to RJM and client | MAR | 0.2 |
| | Read and digest Memo for subsequent and contemplated Oral Argument | MAR | 1.0 |
| 10/27/16 | Read and review PANYNJ's Memo; notate all arguments under Federal cases; discuss with MAR re: Argument | RJM | 1.5 |
| 10/28/16 | Research and analyze new cases cited under NY law and revisit *American Honda* for applicability | RJM | 1.5 |
| | Prepare outline/summary for Oral Argument | RJM | 1.0 |
| | | **SUBTOTAL** | **5.2** |

\*\*Paralegal/Shepardize cases (See Exhibit "1")

# XIV. Rule 56.1 Counter-statements

### A. PLAINTIFF'S RULE 56.1 COUNTER-STATEMENT

Previously the litigants submitted their Motions for Summary Judgment together with Rule 56.1 Statements pursuant to the Court's briefing schedule. Subsequently, and in connection with those submissions, the Court, on or about 07/05/17, directed that the parties file Counter-statements to the previously filed statements (ECF #21 & 25) on or before 07/12/17.

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 07/06/17 | Review PANYNJ prior submissions, line by line, and review all connected documents | RJM | 3.0 |
| 07/07/17 | Draft line by line reprise totaling 39 statements | RJM | 3.0 |
| 07/10/17 | Revise, confirm accuracy and finalize; transmit to MAR for review and filing | RJM | 1.5 |
| 07/12/17 | File Rule 56.1 Counter-statement | MAR | 0.1 |
| | **B. PANYNJ'S RULE 56.1 COUNTER-STATEMENT** | | |
| 07/14/17 | Track and verify each PANYNJ statement | RJM | 1.5 |
| | Outline summary of statements | RJM | 0.8 |
| 07/14/17 | Motions *sub judice*: | MAR | N/C |
| 09/25/17 - 09/27/17 | Preparation for Oral Argument, if required Assembly all Motion documents (Mot. & X-Mot.); case prep (facts); case prep (citations) | MAR | 6.0 |
| | | **SUBTOTAL** | **15.9** |

## XV. Analyze Report and Recommendation by Magistrate Judge Vera M. Scanlon Dated 2/15/18

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 02/15/18 | Review Docket Sheet entry noting Report and Recommendations (31 pgs.) | MAR | 0.1 |
| 02/16/18 | Initial review of R&R recommending S.J. for Plaintiff and denying Defendant's Cross-Motion | MAR | 2.0 |
| | Independent Review of 31 page decision granting S.J. and noting key items for further proceedings; advise client | RJM | 2.8 |
| 02/16/18 | Review correspondence from Defendant's counsel requesting extension to file objections | MAR | 0.1 |
| | Note Docket entry requesting extension; Docket entry granting extension | MAR | 0.1 |
| 02/17/18 | In depth analysis of R&R in anticipation of Motions for compensatory damages and attorneys' fees | MAR | 6.0 |
| 02/19/18 | Report to client re: successful Report and Recommendation w/copy of R&R | RJM | 0.3 |
| 02/22/18 | Conference w/client re: methods of fulfilling Court requirements re: Bond release, calculation of compensatory damages, payment of tow charges, Motions for compensatory damages and legal fees | RJM | 1.3 |

**SUBTOTAL**          **12.7**

# XVI. Analyze Order By Judge Margo K. Brodie Dated 3/21/18

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 03/21/18 | Review Docket Sheet entry and Order adopting Report and Recommendation issued by Magistrate Judge Scanlon | MAR | 0.1 |
| | Analyze Order adopting Report and Recommendations (5 pgs.) granting S.J. for Plaintiff and permitting applications for compensatory damages and attorneys' fees | MAR | 1.4 |
| | Independent Review of 5 page Order decision granting S.J., compensatory damages and attorneys' fees to be determined by Motion Practice; advise client of Order of Adoption w/copy | RJM | 0.8 |

**SUBTOTAL**     **2.3**

## XVII.  Negotiations  Re:  Global Resolution of Compensatory Damages/ Attorneys Fees

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 02/22/18 | Letter to KDD re: resolution of issues created by R&R dated 02/15/18 | MAR | 2.5 |
| 03/22/18 | Conference call with client and Co-Counsel to discuss impact of the Order adopting the Report and Recommendation; Strategy Planning session resulting in suggestion to resolve compensatory damages and attorneys' fees by negotiation & submission of analysis of expectation | MAR/RJM | 0.5 |
| 03/26/18 | Negotiations and resolution of Release of Bond and towing fees | MAR | 1.0 |
| 04/02/18 | Resolution of issues, including W-9, General Release and check; unsuccessful resolution of attorneys' fees with counsel for Defendant; submission of anticipated fees; consultation w/RJM | MAR | 0.6 |
| 05/15/18 | Secure from client W-9 and General Release | RJM | 0.2 |
| 05/15/18 | Transmittal to KDD | MAR | 0.1 |

**SUBTOTAL**     **4.9**

# XVIII. Plaintiff's Attorneys' Fee Application

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 04/04/18 - 04/05/18 | PANYNJ requests informal settlement proposal re: attorneys' fees; draft lengthy letter w/guestimate of time and charges for submission 4/6/18 | MAR | 7.0 |
| 04/06/18 | Email letter to KDD | MAR | 0.1 |
| 04/21/18 | Initial consolidation of contemporaneous time records in anticipation of fee app w/DG | MAR | 6.0 |
| 05/07/18 | Initial draft of MAR Declaration | MAR | 3.5 |
| 05/10/18 | Initial draft of Notice of Motion | MAR | 1.0 |
| 05/11/18 | Consolidation of contemporaneous time records for preparation of attorneys' fees application | RJM | 5.0 |
| 05/11/18 - 05/12/18 | After unsuccessful attempts at negotiated resolution (04/06/18), Re-draft Declaration in Support | MAR | 12.5 |
| 05/15/18 | Consolidation of contemporaneous time records all in preparation of attorneys' fees application; outline for draft of Memorandum of Law | MAR | 6.0 |
| 05/15/18 | Initial Draft Declaration in Support of Attorneys' fees application | RJM | 3.5 |
| 05/16/18 - 05/17/18 | Research fee app cases in EDNY; Initial Draft Memorandum of Law in Support of application for attorneys' Fees | RJM | 8.5 |
| 05/18/18 | Edit drafts of Memorandum of Law; Edit Declaration In Support; refer to MAR for review | RJM | 3.2 |

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 05/18/18 | Read through and edit RJM Declaration; re-draft Notice of Motion, Declarations, Exhibits, Memorandum | MAR | 7.0 |
| 05/19/18 - 05/20/18 | Final read through of Notice of Motion, Declarations, Memo-randum of Law all in support of application for attorneys' fees; Edits and re-draft of time records | MAR | 13.5 |
| 05/21/18 | Final edits of all documents; draft cover letters for transmittal; final audit of time records. | MAR | 20.0 |
| 05/22/18 | Assemble all documents for trans-mittal w/assistance of DG; prepare sets for transmittal to RJM, client, KDD | MAR | 11.5 |

**SUBTOTAL**   **108.3**

## XIX. Correspondence/Telephonic Communication

### A. Correspondence/Email

**2015**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 09/24/15 | Email to RJM re: Rules 7.1 | MAR | 0.1 |
| 10/09/15 | Letter to United Lawyers re: Filing | MAR | 0.2 |
| 10/13/15 | Email Report from United Lawyers | MAR | 0.1 |
| 10/14/15 | Letter to Process Server w/docs | MAR | 0.2 |
| 10/28/15 | Email from RJM re: DA Release | MAR | 0.1 |
| 11/06/15 | Letter from MTF re: Settlement | MAR | 0.1 |
| 11/20/15 | Letter to MTF re: Settlement and Bond w/Stipulation | MAR | 0.4 |
| 11/30/15 | Email from MTF re: Towing Fees | MAR | 0.1 |
| 12/07/15 | Email to MTF re: Towing Fees | MAR | 0.1 |
| 12/11/15 | Email to MTF re: Client Reaction to Settlement | MAR | 0.2 |
| 12/11/15 | Email to MTF re: Stip for Bond | MAR | 0.1 |

### A. Telephonic Communication (Received by Counsel for Plaintiff)

**2015**

| Date | Service | Attorney | Time | Date | Service | Attorney | Time |
|------|---------|----------|------|------|---------|----------|------|
| 09/16/15 | Telephone conference w/RJM | MAR | 0.1 | 10/27/15 | Telephone conference w/MTF | MAR | 0.1 |
| 09/17/15 | Telephone conference w/RJM | MAR | 0.1 | 10/30/15 | Telephone conference w/MTF | MAR | 0.1 |
| 09/21/15 | Telephone conference w/RJM | MAR | 0.1 | 11/06/15 | Telephone conference w/MTF | MAR | 0.1 |
| 09/24/15 | Telephone conference w/RJM | MAR | 0.1 | 11/10/15 | Telephone conference w/RJM | MAR | 0.1 |
| 09/28/15 | Telephone conference w/RJM | MAR | 0.1 | 11/13/15 | Telephone conference w/Julia | MAR | 0.1 |
| 09/29/15 | Telephone conference w/RJM | MAR | 0.1 | | Curci/Liz Mullaney | MAR | 0.1 |
| 10/05/15 | Telephone conference w/RJM | MAR | 0.1 | 11/16/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/09/15 | Telephone conference w/RJM | MAR | 0.1 | 11/20/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/13/15 | Telephone conference w/RJM | MAR | 0.1 | 11/23/15 | Telephone conference w/MTF | MAR | 0.1 |
| 10/14/15 | Telephone conference w/RJM | MAR | 0.1 | 12/03/15 | Telephone conference w/MTF | MAR | 0.1 |
| 10/16/15 | Telephone conference w/RJM | MAR | 0.1 | 12/07/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/19/15 | Telephone conference w/RJM | MAR | 0.1 | 12/08/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/21/15 | Telephone conference w/RJM | MAR (2x) | 0.2 | 12/11/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/23/15 | Telephone conference w/Julia | MAR | 0.1 | 12/16/15 | Telephone conference w/RJM | MAR | 0.1 |
| | PA Law Dept. wants 30 days | MAR | 0.1 | 12/29/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/25/15 | Telephone conference w/RJM | MAR | 0.1 | 12/30/15 | Telephone conference w/RJM | MAR | 0.1 |
| 10/26/15 | Telephone conference w/RJM | MAR | 0.1 | 12/31/15 | Telephone conference w/RJM | MAR | 0.1 |

# SUBTOTAL: 5.2

## A. Correspondence/Email

**2016**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 01/20/16 | Email to MTF re: Scheduling Order | MAR | 0.1 |
| 02/11/16 | Letter to MTF re: Compliance w/ Scheduling Order | MAR | 0.2 |
| 03/25/16 | Letter to MTF re: Discovery | MAR | 0.2 |
| 05/12/16 | Email to RJM | MAR | 0.1 |
| 05/13/16 | Letter from MTF re: Settlement | MAR | 0.5 |
| 05/23/16 | Letter to MTF re: Response to Settlement | MAR | 0.6 |
| 05/25/16 | Letter to Court re: Attempts at Settle-ment and Due Process | MAR | 0.5 |
| 06/15/16 | Email to Case Manager re: Conference | MAR | 0.1 |
| | Email to Case Manager re: 7/13/16 | MAR | 0.1 |
| | Email from Case Manager re: 7/13/16 | MAR | 0.1 |
| 07/18/16 | Email to MTF re: Mediation | MAR | 0.1 |
| 08/02/16 | Email to Joshua Edwards, Stenographer | MAR | 0.1 |

## A. Telephonic Communication (Received by Counsel for Plaintiff) (con'td)

**2016**

| Date | Service | Attorney | Time | Date | Service | Attorney | Time |
|------|---------|----------|------|------|---------|----------|------|
| 01/07/16 | Telephone conference w/RJM | MAR | 0.1 | 08/09/16 | Telephone conference w/RJM | MAR | 0.1 |
| 01/08/16 | Telephone conference w/RJM | MAR | 0.1 | 08/11/16 | Telephone conference w/RJM | MAR | 0.1 |
| 01/14/16 | Telephone conference w/RJM | MAR | 0.1 | 08/12/16 | Telephone conference w/RJM | MAR | 0.1 |
| 01/19/16 | Telephone conference w/RJM | MAR | 0.1 | 08/17/16 | Telephone conference w/RJM | MAR | 0.1 |
| 01/26/16 | Telephone conference w/RJM | MAR | 0.1 | 08/24/16 | Telephone conference w/RJM | MAR | 0.1 |
| 01/27/16 | Telephone conference w/RJM | MAR | 0.1 | 08/31/16 | Telephone conference w/RJM | MAR | 0.1 |
| 01/29/16 | Telephone conference w/RJM | MAR | 0.1 | 09/02/16 | Telephone conference w/RJM | MAR | 0.1 |
| 02/02/16 | Telephone conference w/RJM | MAR | 0.1 | 09/07/16 | Telephone conference w/RJM | MAR | 0.1 |
| 02/24/16 | Telephone conference w/RJM | MAR | 0.1 | 09/21/16 | Telephone conference w/RJM | MAR | 0.1 |
| 02/29/16 | Telephone conference w/RJM | MAR | 0.1 | 09/22/16 | Telephone conference w/MTF | MAR | 0.1 |
| 03/11/16 | Telephone conference w/RJM | MAR | 0.1 | 09/27/16 | Telephone conference w/MTF | MAR | 0.1 |
| 03/14/16 | Telephone conference w/RJM | MAR | 0.1 | 09/29/16 | Telephone conference w/RJM | MAR | 0.1 |
| 03/16/16 | Telephone conference w/RJM | MAR | 0.2 | 09/30/16 | Telephone conference w/RJM | MAR | 0.1 |
| 03/22/16 | Telephone conference w/RJM | MAR | 0.1 | 10/03/16 | Telephone conference w/RJM | MAR | 0.1 |
| 03/24/16 | Telephone conference w/RJM | MAR | 0.1 | 10/06/16 | Telephone conference w/RJM | MAR | 0.1 |
| 03/25/16 | Telephone conference w/MTF | MAR | 0.1 | 10/11/16 | Telephone conference w/RJM | MAR | 0.1 |
| 03/29/16 | Telephone conference w/MTF | MAR | 0.1 | 10/14/16 | Telephone conference w/RJM | MAR | 0.1 |
| | Telephone conference w/RJM | MAR | 0.1 | 10/17/16 | Telephone conference w/RJM | MAR | 0.1 |
| 04/01/16 | Telephone conference w/RJM | MAR | 0.1 | 10/21/16 | Telephone conference w/RJM (2x) | MAR | 0.1 |
| 04/07/16 | Telephone conference w/RJM | MAR | 0.1 | 10/24/16 | Telephone conference w/RJM | MAR | 0.1 |
| 04/08/16 | Telephone conference w/RJM | MAR | 0.1 | 10/26/16 | Telephone conference w/RJM | MAR | 0.1 |
| 04/11/16 | Telephone conference w/RJM | MAR | 0.1 | 10/28/16 | Telephone conference w/RJM | MAR | 0.1 |
| 04/18/16 | Telephone conference w/RJM | MAR | 0.1 | 11/02/16 | Telephone conference w/RJM | MAR | 0.1 |
| 04/20/16 | Telephone conference w/RJM (2x) | MAR | 0.2 | 11/03/16 | Telephone conference w/RJM | MAR | 0.1 |
| 05/04/16 | Telephone conference w/RJM | MAR | 0.1 | 11/16/16 | Telephone conference w/RJM | MAR | 0.1 |

| 05/10/16 | Telephone conference w/MTF | MAR | 0.1 | | 11/22/16 | Telephone conference w/RJM | MAR | 0.1 |
|----------|----------------------------|-----|-----|--|----------|----------------------------|-----|-----|
|          | Telephone conference w/RJM | MAR | 0.1 | | 12/0716  | Telephone conference w/RJM | MAR | 0.1 |
| 05/16/16 | Telephone conference w/RJM | MAR | 0.1 | | 12/08/16 | Telephone conference w/RJM | MAR | 0.1 |
| 05/17/16 | Telephone conference w/RJM | MAR | 0.1 | | 12/13/16 | Telephone conference w/RJM | MAR | 0.1 |
| 05/19/16 | Telephone conference w/RJM | MAR | 0.1 | | 12/28/16 | Telephone conference w/RJM | MAR | 0.1 |
| 05/24/16 | Telephone conference w/MTF (2x) | MAR | 0.2 | | | | | |
| 06/15/16 | Telephone conference w/RJM | MAR | 0.1 | | | | | |
| 06/24/16 | Telephone conference w/RJM | MAR | 0.1 | | | | | |
| 07/14/16 | Telephone conference w/RJM | MAR | 0.1 | | | | | |
| 07/20/16 | Telephone conference w/RJM | MAR | 0.1 | | | | | |
| 08/08/16 | Telephone conference w/RJM | MAR | 0.1 | | | | | |

# SUBTOTAL: 9.7

**2017**

**Date**     **Service**                          **Attorney**              **Time**

Subsequent to the submission of Plaintiff's Motion for Summary
Judgment, Defendant's Cross-Motion for Summary Judgement,
and the referral by the Court of both Motions to the Magistrate
Judge, there was no activity during the period July 14, 2017 and
February 15, 2018, when the Court issued its Report and
Recommendation.

## A. Correspondence/Email

**2018**

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 02/19/18 | Email from RJM re: Report to Client | MAR | 0.2 |
| 02/22/18 | Letter to KDD re: R&R and possible Resolution of issues raised | MAR | ** accounted for in negotiations |
| 03/21/18 | Email to KDD re: R&R | MAR | 0.2 |
|  | Email to RJM re: R&R | MAR | 0.1 |
| 03/26/18 | Email to RJM re: Settling certain issues in R&R | MAR | ** accounted for in negotiations |
| 04/06/18 | Letter to KDD re: Settlement of Compensatory damages and attorneys' Fees | MAR | ** accounted for in fee app |
| 04/19/18 | Email to RJM re: Client check and Declaration re: lost revenue | MAR | 0.2 |
| 04/20/18 | Letter to KDD w/Settlement check and Client Declaration and Settlement re: Open issues from R&R | MAR | 0.5 |
|  | Email from KDD | MAR | 0.1 |
| 04/25/18 | Email from KDD re: Joint request for Enlargement of time | MAR | 0.2 |
| 04/26/18 | Email to KDD w/MAR redraft of letter for enlargement | MAR | 0.2 |
| 04/30/18 | Email from KDD w/final edits | MAR | 0.2 |
|  | Letter to Court w/joint signatures | MAR | 0.1 |
| 05/01/18 | Email from KDD re: Compensatory Damages | MAR | 0.1 |
|  | Email to KDD re: Resolution of Compensatory Damages | MAR | 0.1 |
| 05/04/18 | Letter to KDD re: Compensatory Damages | MAR | 0.1 |
|  | Letter to KDD re: attorneys' fees | MAR | 0.1 |
|  | Email from RJM re: Compensatory Damages | MAR | 0.1 |
| 05/11/18 | Letter from KDD re: Settlement of Compensatory Damages w/Release | MAR | 0.1 |
|  | Email to KDD re: Thanks for Resolution | MAR | 0.1 |
| 05/15/18 | Letter to KDD w/Settlement docs re: Compensatory Damages | MAR | 0.1 |
| 05/21/18 | Email to KDD re: Filing | MAR | 0.1 |

## A. Telephonic Communication (Received by Counsel for Plaintiff)

2018

| Date | Service | Attorney | Time | Date | Service | Attorney | Time |
|------|---------|----------|------|------|---------|----------|------|
| | | | | | | | |
| 01/04/18 | Telephone conference w/RJM | MAR | 0.1 | 03/30/18 | Telephone conference w/RJM | MAR | 0.1 |
| 01/12/18 | Telephone conference w/RJM | MAR | 0.1 | 04/02/18 | Telephone conference w/RJM | MAR | 0.1 |
| 01/15/18 | Telephone conference w/RJM | MAR | 0.1 | 04/03/18 | Telephone conference w/RJM | MAR | 0.1 |
| 01/16/18 | Telephone conference w/RJM | MAR | 0.1 | 04/04/18 | Telephone conference w/RJM | MAR | 0.1 |
| 01/19/18 | Telephone conference w/RJM | MAR | 0.1 | 04/05/18 | Telephone conference w/RJM | MAR | 0.1 |
| 01/23/18 | Telephone conference w/RJM | MAR | 0.1 | 04/06/18 | Telephone conference w/RJM | MAR | 0.1 |
| | Telephone conference w/RJM | MAR | 0.1 | 04/10/18 | Telephone conference w/RJM | MAR | 0.1 |
| 01/26/18 | Telephone conference w/RJM | MAR | 0.1 | 04/11/18 | Telephone conference w/RJM | MAR | 0.1 |
| 02/07/18 | Telephone conference w/RJM | MAR | 0.1 | 04/13/18 | Telephone conference w/RJM | MAR | 0.1 |
| 02/12/18 | Telephone conference w/RJM | MAR | 0.1 | 04/18/18 | Telephone conference w/RJM | MAR | 0.1 |
| 02/16/18 | Telephone conference w/RJM | MAR | 0.1 | 04/23/18 | Telephone conference w/KDD | MAR | 0.1 |
| | Telephone conference w/KDD –Requested time | MAR | 0.1 | 04/26/18 | Telephone conference w/RJM | MAR | 0.1 |
| | Telephone conference w/RJM | MAR | 0.1 | 04/27/18 | Telephone conference w/RJM | MAR | 0.1 |
| 02/19/18 | Telephone conference w/RJM | MAR | 0.1 | 04/30/18 | Telephone conference w/RJM | MAR | 0.1 |
| 02/20/18 | Telephone conference w/RJM | MAR | 0.1 | 05/04/18 | Telephone conference w/RJM | MAR | 0.1 |
| 02/28/18 | Telephone conference w/RJM | MAR | 0.1 | | Telephone conference w/KDD – no to atty fees; $7922.18 for compensatory | MAR | 0.1 |
| 03/05/18 | Telephone conference w/RJM | MAR | 0.1 | 05/08/18 | Telephone conference w/RJM (2x) | MAR | 0.2 |
| 03/08/18 | Telephone conference w/RJM | MAR | 0.1 | 05/11/18 | Telephone conference w/KDD | MAR | 0.1 |
| 03/09/18 | Telephone conference w/RJM | MAR | 0.1 | | Telephone conference w/RJM (3x) | MAR | 0.3 |
| 03/13/18 | Telephone conference w/RJM | MAR | 0.1 | 05/16/18 | Telephone conference w/RJM (2x) | MAR | 0.2 |
| | Telephone conference w/KDD | MAR | 0.1 | 05/17/18 | Telephone conference w/RJM (2x) | MAR | 0.2 |
| 03/26/18 | Telephone conference w/KDD | MAR | 0.1 | 05/18/18 | Telephone conference w/RJM (2x) | MAR | 0.2 |
| | Wants $79 net ck & release of | MAR | 0.1 | 05/21/18 | Telephone conference w/RJM (2x) | MAR | 0.2 |
| | Bond by 4/6/18 | | | | Telephone conference w/KDD | MAR | 0.1 |

## SUBTOTAL: 8.3

## TOTAL FOR CORRESPONDENCE/TELEPHONE: 23.20

## XX. Paralegal Assistance

| Date | Service | Paralegal/ Clerical | Time |
|------|---------|--------------------|------|
| 07/15/15 – 05/21/18 | a) Securing cases for review; shepardizing cases for Pleadings, Discovery and Motion Practice; organizing and E-filing Court Submissions; correspondence preparation and general file maintenance, including organizing submissions for fee application (Table of Cases annexed as Exhibit "2")<br><br>b) The time allocated to paralegals is incorporated, but not separately noted in the categories listed above. Paraprofessional time was incurred over the life of the litigation. | HZ/DG | 49.0 |

**SUBTOTAL**       **49.0**

## XXI. Travel Time

| Date | Service | Attorney | Time |
|------|---------|----------|------|
| 07/13/16 | Travel from Manhattan to Eastern District; travel from Eastern District to Manhattan (both by MTA) for conference with District Judge Margo K. Brodie | MAR | 1.0 @ ½ hourly billing |

**SUBTOTAL**       **2.0**

# CATEGORIES OF TIME RECORDS

| | | |
|---|---|---|
| I. | Initial Client Contact Pre-Institution of Suit | 6.5 |
| II. | Client Strategy, Case Analysis, Legal Development | 32.7 |
| III. | Pleadings, Rule 7.1 Disclosure Statement and Service of Process | 57.9 |
| IV. | Rule 64 Motion: Obtain Release of Vehicle by Bond | 26.4 |
| V. | Review Defendant's Answer/Marked Pleadings | 7.2 |
| VI. | Conferences with Magistrate Judge Vera M. Scanlon (1/29/16; 3/29/16) | 14.5 |
| VII. | Preparation of Plaintiff's Discovery Devices | 67.3 |
| VIII. | Conference with Judge Margo K. Brodie (7/13/16) | 11.6 |
| IX. | Plaintiff's Motion for Summary Judgment | 162.1 |
| X. | Defendant's Cross-Motion for Summary Judgment | 36.2 |
| XI. | Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 58.3 |
| XII. | Plaintiff's Reply Memorandum of Law | 15.9 |
| XIII. | Review Defendant's Reply Memorandum of Law | 5.2 |
| XIV. | Rule 56.1 Counter-statements | 15.9 |
| XV. | Analyze Report and Recommendations by Magistrate Judge Vera M. Scanlon dated 2/15/18 | 12.7 |
| XVI. | Analyze Order by Judge Margo K. Brodie dated 3/21/18 | 2.3 |
| XVII. | Negotiations Re: Global Resolution of Compensatory Damages/ Attorneys' Fees | 4.9 |
| XVIII. | Plaintiff's Attorneys' Fee Application | 108.3 |
| XIX. | Correspondence/Telephonic Communication | 23.2 |
| XX. | Paralegal Assistance | 49.0 |
| XXI. | Travel time | 2.0 |

TOTAL ATTORNEYS' TIME: 671.1

TOTAL PARALEGAL TIME:    49.0

TOTAL TRAVEL TIME:        2.0

## RECAPITULATION

| | | |
|---|---|---|
| I. | Legal Services...............................671.1.@ $600/hr.......... | $402,660.00 |
| II. | Paraprofessional...........................49 hrs.@ $100/hr......... $ | 4,900.00 |
| III. | Out-of-pocket expenses....................................................$ | 548.68 |
| IV. | Travel Time (2 hrs @ S300.00)………………………..............$ | 600.00 |

V.  a) Efforts in reviewing opposition to fee app;

      Preparation of Reply to Opp re:  fee app;........................ **TBD**

    b) **Efforts to Re-write PANYNJ's**

      Rules & Regulations (as per Order 3/21/18)....................... **TBD**

        **Grand Total**

        **(absent item V above)**........................... **$408,708.68**