# CASES/STATUTES REVIEWED AND SHEPARDIZED

# Exhibit "1"

## TABLE OF AUTHORITIES

**CASES**                                                                                       PAGE(S)

*American Honda Finance Corporation v. One 2008 Honda Pilot,*
  24 Misc.3d 745 (2009) .................................................................................................... 14

*Baez v. City of Amsterdam,*
  245 A.D.2d 705 (3d Dep't 1997) .................................................................................... 17

*Bizien v. Port Authority of States of New York & New Jersey,*
  577 F.Supp. 1093, 1095 (E.D.N.Y. 1983) ........................................................................ 1

*Byrnie v. Cromwell Bd. of Ed.,*
  243 F.3d 93 (2d Cir. 2001) ............................................................................................... 4

*Collins v. New York City Transit Authority,*
  305 F.3d 113 (2d Cir. 2002) ............................................................................................. 4

*County of Nassau v. Canavan,*
  1 N.Y.3d 134 (2003) .................................................................................................. 5, 18

*DiFiore v. Ramos,*
  62 A.D.3d 643 (2009) ..................................................................................................... 10

*Douglas v. Christie's International,*
  226 A.D.2d 185, 640 N.Y.S.2d 530 ................................................................................ 21

*Ezagui v. City of New York,*
  726 F.Supp.2d 275 (S.D.N.Y 2010) ................................................................................ 17

*Feld v. Feld,*
  279 A.D.2d 393, 720 N.Y.S.2d 35 (2001) ...................................................................... 21

*Ford Garage Co. v. Brown,*
  198 A.D. 467, 191 N.Y.S. 539 ........................................................................................ 21

*Ford Motor Credit Co. v. NYC Police Dept.,*
  503 F.3d 186 (2007) ................................................................................................. 14, 15

*Harrell v. City of New York,*
  138 F. Supp.3d 479 (S.D.N.Y. 2015) ........................................................................ 12, 13

*Holland v. City of Poughkeepsie,*
  90 A.D.3d 841 (2d Dep't 2011) ...................................................................................... 19

*Krimstock v. Kelly*
306 F.2d 40 (2002) .................................................................................................. 9, 10, 11, 20

*Krimstock v. Kelly,*
No. 99–CV12041, 2007 U.S. Dist. LEXIS 82612 (S.D.N.Y. 2007) .............................. 9, 10

*Mathews v. Eldridge,*
424 U.S. 319 (1976) ............................................................................................................ 12

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,*
475 U.S. 574 (1986) .............................................................................................................. 4

*Monell v. Dept. of Social Services of the City of New York*
436 U.S. 658 (1978) ............................................................................................................ 19

*People v. Iverson,*
22 Misc. 3d 470 (City Ct. 2008) ..................................................................................... 8, 10

*Property Clerk of Police Dept. of City of New York v. Harris*
N.Y.3d 237 (2007) ......................................................................................................... 15,16

*Solomon R. Guggenheim Foundation v. Lubell,*
77 N.Y.2d 311, 567 N.Y.S.2d 623, 569 N.E.2d 426 ............................................................ 21

*South Dakota v. Opperman,*
428 U.S. 364 (1976) .................................................................................................... 7, 8, 20

*United States v. James Daniel Good Real Prop.,*
510 U.S. 43 (1993) .......................................................................................................... 6, 18

*Weinstock v. Columbia Univ.,*
224 F.3d 33 (2d Cir. 2000) ................................................................................................... 4

**Statutes**

42 U.S.C. § 1983 .................................................................................................................... 5

Misc. 3d .......................................................................................................................... 8, 10

New York City Administrative Code section 19-506 (h)(1) ................................................ 3

1921 N.J. Laws, Ch. 151 ....................................................................................................... 1

1921 N.Y. Laws, Ch. 154 ...................................................................................................... 1

N.Y. Unconsol. Law § 6631 ................................................................................................. 1

N.Y. Unconsol. Law § 6634 ................................................................................................. 1

N.Y. Unconsol. Law § 6831 .................................................................................... 2, 6, 11, 7

New York Lien Law §184 ............................................................ 2, 3, 13, 14, 16, 18, 20, 21

New York Unconsolidated Laws ........................................................................................ 18

New York Vehicle Traffic Law 1220-B ............................................................. 2, 6, 11, 17

**Rules**

C.P.L.R. §7103 ................................................................................................................... 21

Fed. R. Civ. P. 56(c) ............................................................................................................ 4

Fed. Rule. Civ. Pro. Rule 64 .............................................................................................. 21

Federal Rule of Civil Procedure 56 ..................................................................................... 1

21 NYCRR 1260 ..................................................................................................... 2, 11, 19

21 NYCRR 1262.10 ........................................................................................................ 2, 6

21 NYCRR 1262.16 ............................................................................................... 7, 11, 20

Case 1:15-cv-05867-MKB-VMS   Document 41-5   Filed 07/02/18   Page 5 of 11 PageID #: 507
Case 1:15-cv-05867-MKB-VMS   Document 23   Filed 10/27/16   Page 3 of 16 PageID #: 230

## TABLE OF AUTHORITIES

**CASES**                     **PAGE(S)**

*Matter of Agesen v. Catherwood,*
26 N.Y.2d 521 (1970).....................................................................................................2

*Alexandre v. Cortes,*
140 F. 3d 406 (2d Cir.1998)........................................................................................2, 3

*American Honda Finance Corp. v. One 2008 Honda Pilot. American Honda Finance Corp. v. One 2008 Honda Pilot,*
24 Misc. 3d 745 (2009)...............................................................................................2, 8

*Baez v. City of Amsterdam,*
245 A.D.2d 705 (3 Dep't 1997).....................................................................................10

*County of Nassau v. Canavan,*
1 N.Y.3d 134 (2003)...................................................................................................5, 9

*Ezagui v. City of New York,*
726 F.Supp. 2d 275 (S.D.N.Y. 2010)............................................................................10

*Ford Motor Credit Co. v. NYC Police Department,*
503 F. 3d 186 (2d Cir. 2007)......................................................................................3, 4

*Gannett Satellite Information Network, Inc. v. Berger,*
894 F.2D 61 (1990).........................................................................................................7

*IDS Leasing Corp. v. Hansen Jet Corp.,*
82 Misc 2d 741, 369 NYS 2d 922 *aff'd* 51 A.D. 2d 536, 377 NYS 2d 639...................9

*Krimstock v. Kelly,*
306 F.3d 40 (S.D.N.Y. 2002).....................................................................................8, 9

*People v. DeClemente,*
110 Misc. 2d 762 (1981).................................................................................................7

*People v. Iverson,*
22 Misc. 3d 470, 475 (City Ct. 2008).............................................................................9

*People v. Nunez,*
106 Misc. 2d 236 (1980).................................................................................................7

*United States v. James Daniel Good Real Prop.,*
510 U.S. 43 (1993)....................................................................................................5, 11

**STATUTES**

U.S.C. § 1983 .................................................................................................................. 1, 5

N.Y.C. Code § 14-140 ......................................................................................................... 3

N.Y. Lien Law § 184 .............................................................................................. 2, 4, 7, 9, 11

N.Y. Unconsol. Law § 6831(8) ........................................................................................ 6, 11

N.Y. Veh. & Traf. Law § 1220-b .................................................................................. 2, 6, 10

**RULES**

21 NYCRR 1262 .................................................................................................................. 10

21 NYCRR 1262.10 ............................................................................................................... 6

21 NYCRR 1262.16 .......................................................................................................... 6, 11

# TABLE OF AUTHORITIES

## CASES
PAGE

Alexandre v. Cortes, 140 F.3d 406, 410-411 (2nd Cir. 1998) ............................................. 6

Allianz Ins. Co. v. Lerner, 416 F.3d 109 (2nd Cir. 2008) ................................................... 4

Am. Mfr. Mut. Ins. Co. v. Sullivan, 526 U.S. 40 (1999) .................................................... 5

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) ..................................................... 4

Associates Commercial Coproration v. Wood, 22 F. Supp.2d 502 (D. Md. 1998) ......... 7, 17, 18

Burgess v. Fairport Cent. Sch. Dist., 371 Fed. App'x 140 (2nd Cir. 2010) ........................ 4

Butler v. Castro, 896 F.2d 698, 703-704 (2nd Cir. 1990) ................................. 11, 15, 16, 17

Carey v. Piphus, 435 U.S. 247 (1978) ............................................................................... 19

City of West Covina v. Perkins, 525 U.S. 234 (1999) ................................................... 8, 12

Coe v. Armour Fertilizer, 237 U.S. 413 (1915) ............................................................ 13, 15

Connecticut v. Doehr, 501 U.S. 1, 11 (1991) ..................................................................... 6

County of Nassau v. Canavan, 1 NY3d 134 (2003) ............................................... 11, 13, 20

Craig v. Carson, 449 F. Supp. 385 (M.D. Fla. 1978) ................................... 6, 7, 8, 12, 15

Draper v. Coombs, 792 F.2d 915, 923 (9th Cir. 1986) .................................................... 13

Dutch Point CU v. Caron Auto Works, 36 Conn. App. 123, 133 (1994) ........................ 9

FDIC v. Great Am. Ins. Co., 607 F.3d 288 (2nd Cir. 2010) .............................................. 4

Fell v. Armour, 355 F. Supp. 1319 (M.D. Tenn. 1972) ................................................ 8, 11

Ford Motor v. NYC Police, 503 F.3d 186 (2nd Cir. 2007) ........................... 6, 10, 11, 18

Fuentes v. Shevin, 407 U.S. 57 (1972) ............................................................................. 10

Gates v. City of Chicago, 623 F.3d 389 (7th Cir. 2010) ............................................ 13, 15

Gillam v. Landrieu, 455 F. Supp. 1030, 1039 (E.D. La. 1978) ....................................... 7, 8

Graff v. Nicholl, 370 F. Supp. 974, 985 (N.D. Ill. 1974) ................................................. 10

Gonch, 435 B.R. 857, 865 (Bankr. N.D.N.Y. 2010) ......................................................... 19

Haefner v. Apcoa Parking, Inc., 130 Misc.2d 203 ............................................................ 20

Hann v. Carson, 462 F. Supp. 854 (M.D. Fla. 1978) ......................................................... 8

Harrell v. City of New York, 138 F. Supp.3d 479 S.D.N.Y. 2015) ............................................. 1, 10, 14

Hernandez v. European Auto Co. Inc., 487 F.2d 378 (2nd Cir. 1973) ..................................... 10, 11, 14

Herrera, 454 B.R. 559 (Bankr. E.D.N.Y. 2011) ................................................................................. 19

Holladay v. Roberts, 425 F. Supp. 61, 67 (N.D. Miss. 1977) ............................................................. 11

Jeffreys v. City of New York, 426 F.3d 549 (2nd Cir. 2005) ................................................................ 4

Kielhurn v. Giammarinaro, 148 F. Supp.2d 219, 226 (E.D.N.Y. 2001) ............................................ 19

Kohn v. Mucia, 776 F. Supp. 348, 359-360 (N.D. Ill. 1991) ................................................................ 9

Krimstock v. Kelly, 306 F.3d 40 (2nd Cir. 2002) ....................................................... 6, 9, 11, 13, 14

Lambert v. California, 355 U.S. 225 (1957) ....................................................................................... 12

Lee v. Thornton, 538 F.2d 27, 31 (2nd Cir. 1976) ................................................................................ 7

Lugar v. Edmondson Oil Co., 457 U.S. 922, 937 (1982) ..................................................................... 5

Matthews v. Eldridge, 424 U.S. 319 (1976) ......................................................................................... 7

McClendon v. Rosetti, 460 F.2d 111 (2nd Cir. 1972) ........................................................................ 11

McMenemy v. City of Rochester, 241 F.3d 279 (2nd Cir. 2001) ......................................................... 6

Melendez v. Mitchell, 394 Fed. App'x 739 (2nd Cir. 2010) ................................................................. 4

Memphis Light, Gas & Water Div. v. Craft, 436 U.S. 1 (1978) ..................................................... 8, 12

Menkarell v. Bureau of Narcotics, 463 F.2d 88, 95 (3rd Cir. 1972) .................................................... 9

Mennonite Bd. of Missions v. Adams, 462 U.S. 791 (1983) ......................................................... 6, 11

Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978) .................................................................... 5, 16

Montenegro v. U.S., 74 F.3d 657, 660-661 (5th Cir. 1996) ................................................................ 12

Morris-Hayes v. Bd. of Educ., 423 F.3d 153 (2nd Cir. 2005) .............................................................. 5

Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950) ........................................ 7

Rackley v. City of New York, 186 F. Supp.2d 466 (S.D.N.Y. 2002) ............................................ 14, 17

Remm v. Landrieu, 418 F. Supp. 542 (E.D. La. 1976) .................................................................... 6, 7

Schneider v. County of San Diego, 28 F.3d 89, 93 (9th Cir. 1994) ...................................................... 8

Seals v. Nicholl, 378 F. Supp. 172, 177-178 (N.D. Ill. 1973) ............................................................ 14

Sharrock v. Dell Buick, 45 NY2d 152 (1978) ................................................................................ 8, 20

Sheller v. City of Philadelphia, 2012 U.S. Dist. LEXIS 144, 240 .................................................... 9

Sibron v. New York, 392 U.S. 40 (1968) ................................................................................. 17

Stypmann v. San Francisco, 557 F.2d 1338 (9th Cir. 1977) ............................................... 6, 7, 9

Tedeschi v. Blackwood, 410 F. Supp. 34 (D. Conn. 1976) ................................................ 6, 9, 13

Tulin v. Bostic, 52 AD3d 887, 888 (3rd Dept. 1989) ................................................................ 19

Victor v. Milicevic, 361 Fed. App'x 212 (2nd Cir. 2010) ........................................................... 4

Weinstock v. Columbia Univ., 224 F.3d 33 (2nd Cir. 2000) ...................................................... 4

**STATUTES**

42 U.S.C. 1983 ........................................................................................................................... 5

42 U.S.C. 1988 ......................................................................................................................... 19

New York State Vehicle and Traffic Law 1804 ....................................................................... 10

New York Lien Law 184 .................................................................................................... 17, 21

New York Vehicle and Traffic Law 1220-B ....................................................................... 2, 10

New York State Constitution, Article 1, Section 6 .................................................................. 20

**RULES**

21 NYCRR 1262.16 .......................................................................... 3, 11, 13, 14, 15, 16

NYC Adm. Code 20-509(b) ..................................................................................................... 10

Fed. R. Civ. P. 56(a) ................................................................................................................... 4

Fed. R. Evidence 803(17) ......................................................................................................... 19

## TABLE OF AUTHORITIES

**CASES**                                                                                                          **PAGE**

Addante v. Village of Elmwood Park, 541 F.Supp. 497, 498 (N.D. Illinois 1982) ................ 7

Alexandre v. Cortes, 140 F.3d 406, 410-411 (2nd Cir. 1998) ................ 4

Askins v. Doe, 727 F.3d 248, 254 (2nd Cir. 2013) ................ 8

British Intern. Ins. v. Seguros La Republica, SA, 212 F.3d 138, 142 (2nd Cir. 2000) ................ 2

Breath v. Cronvich, 729 F.2d 1006, 1011 (5th Cir.) ................ 3

Butler v. Castro, 896 F.2d 698, 703-704 (2nd Cir. 1990) ................ 4

Connecticut v. Doehr, 501 U.S. 1, 11 (1991) ................ 1, 2, 5

Craig v. Carson, 449 F. Supp. 385 (M.D. Fla. 1978) ................ 1, 3

Draper v. Coombs, 792 F.2d 915, 923 (9th Cir. 1986) ................ 3

Ford Motor v. NYC Police, 503 F.3d 186 (2nd Cir. 2007) ................ 1, 2, 6, 7

Fuentes v. Shevin, 407 U.S. 57 (1972) ................ 2

Gates v. City of Chicago, 623 F.3d 389 (7th Cir. 2010) ................ 4

Graff v. Nicholl, 370 F. Supp. 974, 985 (N.D. Ill. 1974) ................ 3

Hale v. Tyree, 491 F.Supp. 622, 625-26 (E.D.Tenn. 1979) ................ 3

Harrell v. City of New York, 138 F. Supp.3d 479 S.D.N.Y. 2015) ................ 7

Hines v. City of Albany, 520 Fed. Appx. 5 (2nd Cir. 2013) ................ 6

Huemmer v. Mayor of Ocean City, 632 F.2d 371, 372 (4th Cir. 1980) ................ 3

Krimstock v. Kelly, 306 F.3d 40 (2nd Cir. 2002) ................ 6

Lee v. Thornton, 538 F.2d 27, 31 (2nd Cir. 1976) ................ 6, 8

Matthews v. Eldridge, 424 U.S. 319 (1976) ................ 6

Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978) ................ 8

Peralta v. Heights Medical Center, Inc., 485 U.S. 80, 85 (1984) ................ 2

Propert v. D.C., 948 F.2d 1327 (D.C. Cir. 1991) ................ 1, 3, 6

Remm v. Landrieu, 418 F. Supp. 542 (E.D. La. 1976) ................ 3

Sibron v. New York, 392 U.S. 40 (1968) ................ 7

Stypmann v. San Francisco, 557 F.2d 1338 (9th Cir. 1977) .................................................. 3

Tedeschi v. Blackwood, 410 F. Supp. 34 (D. Conn. 1976) ............................................... 1, 3

Texaco Inc. v. Short, 454 U.S. 516, 531-532 (1982) ........................................................... 4

Watters v. Parrish, 402 F.Supp. 696, 699 (W.D.Va. 1975) .................................................. 3

**STATUTES**

New York Lien Law 184 ....................................................................................................... 7

**RULES**

21 NYCRR 1262.16 ............................................................................................................... 4