# RECEIPTS

Exhibit "3"

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653093624
Cashier ID: emanson
Transaction Date: 10/13/2015
Payer Name: MICHAEL A ROSENBERG

------------------------------------

CIVIL FILING FEE
 For: MICHAEL A ROSENBERG
 Case/Party: D-NYE-1-15-CV-005867-001
 Amount:         $400.00

------------------------------------

PAPER CHECK CONVERSION
 Amt Tendered:  $400.00

------------------------------------

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

From: ecf_bounces <ecf_bounces@nyed.uscourts.gov>
To: nobody <nobody@nyed.uscourts.gov>
Subject: Activity in Case 1:15-cv-05867-MKB-VMS HVT, Inc. v. Port Authority of New York and New Jersey Filing Fee Received
Date: Wed, Oct 14, 2015 10:23 am

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 10/14/2015 at 10:22 AM EDT and filed on 10/13/2015
**Case Name:**       HVT, Inc. v. Port Authority of New York and New Jersey
**Case Number:**     1:15-cv-05867-MKB-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
FILING FEE: $ 400, receipt number 4653093624 (Bowens, Priscilla)


**1:15-cv-05867-MKB-VMS Notice has been electronically mailed to:**

Michael A. Rosenberg    rosenbergesq@aol.com

**1:15-cv-05867-MKB-VMS Notice will not be electronically mailed to:**

# SUPREME JUDICIAL SERVICES

371 MERRICK ROAD, SUITE 202, ROCKVILLE CENTRE, NY 11570         PHONE 516-825-7600 -- FAX 516-568-0812

## BILLING STATEMENT

Statement Date 10/30/2015

Michael A Rosenberg
875 3RD AVENUE 8TH FLOOR
New York, NY 10022

Current: $67.50
Overdue: $0.00

TOTAL DUE $    $67.50

AMOUNT ENCLOSED $

**Thank You for Your Business!**

Job #: 441169    Your #:
Plaintiff: HVT, INC
Defendant: PORT AUTHORITY OF NEW YORK AND NEW JERSEY
Index Number CV 15 5867

Recipient: PORT AUTHORITY OF NEW

Completed: 10/20/2015

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SUMMONS & COMPLAINT | 1 | $60.00 | $60.00 |
| NEW YORK CITY SURCHARGE | 1 | $7.50 | $7.50 |
| Job Total Due = | | | $67.50 |

Supreme Judicial Services

Page 1

**MICHAEL A. ROSENBERG ESQ.**
ATTORNEY TRUST DISBURSEMENT ACCOUNT
875 3RD AVE, 8TH FLOOR
NEW YORK, NY 10022

DATE 11/3/15

PAY TO THE ORDER OF Supreme Judicial         $67.50

Sixty Seven and 50/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Gross HIT v Hamuns

⑆00106511⑆ ⑈021000021⑈ 5571800651⑈



JOSHUA B. EDWARDS, RDR, CRR
OFFICIAL COURT REPORTER
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Office (718) 613-2622
Fax (718) 804-2716
joshua_edwards@nyed.uscourts.gov

# * * * TRANSCRIPT INVOICE * * *
## Payable to JB REPORTING, INC.
### (Tax ID # 47-3509669)

Date:      August 8, 2016

To:        MICHAEL A. ROSENBERG, ESQ.
           Via e-mail; rosenbergesq@aol.com

CASE INFORMATION:
Case:          HVT v. Port Authority of New York and New Jersey
Index No:      15-CV-5867
Hearing date:  7/13/2016
Transcript:    Civil Cause for Pre-Motion Conference
Judge:         Honorable Margo K. Brodie

TRANSCRIPT INFORMATION:
Pages:         33
Rate:          $4.92 (O&1 split 50/50)
**TOTAL DUE:** $81.18

