UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HVT, INC.,

                Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendants.
-----------------------------------------------------------X

Case No.: 1:15-cv-05867-(MKB)-(VMS)

DECLARATION

RUDOLPH J. MEOLA, declares pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America, that the following is true and accurate.

1. I am an attorney duly licensed in the state of New York. I am admitted to the Federal District Courts for the Northern District of New York, the Western District of New York and the Second Circuit Court of Appeals. I am in good standing with all such Courts.

2. I have been practicing law in New York State and have been in good standing continuously in New York State since 1992. I have never been charged with a felony, censured, suspended from the practice of law, disbarred or denied admission or readmission to any court. I have never had disciplinary proceedings taken against me and there are no disciplinary proceedings against me pending.

3. All of the work that I did on this case consisted of client relations, research, drafting and consultation which was presented to Michael A. Rosenberg to be used in his formal appearances on behalf of Plaintiff, HVT, INC.

Dated:    Albany, New York
           June 19, 2018

                                            RUDOLPH J. MEOLA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HVT, INC.,

                Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendants.
-----------------------------------------------------------x

Case No.: 1:15-cv-05867 (MKB) (VMS)

**REPLY DECLARATION OF MICHAEL A. ROSENBERG IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Electronically Filed

MICHAEL A. ROSENBERG, an attorney duly licensed to practice law in the State of New York, and before this Court, declares under the penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following statements, with exhibits, are true:

1. I am the lead attorney, and attorney of record for the Plaintiff, HVT, INC. ("HVT").

2. I make this Reply Declaration in further support of the Plaintiff, HVT's application for an Order awarding reasonable attorneys' fees and costs pursuant to this Court's Order made and entered March 21, 2018, finding the Plaintiff to be the "prevailing party". I am fully familiar with the facts and circumstances herein by reason of my conversations with Plaintiff's representatives, and further by my independent examination of the file relative to this litigation, and my personal involvement in prosecuting this case.

3. I respectfully call the Court's attention to the Declaration of my colleague, RUDOLPH J. MEOLA, ESQ. ("MEOLA"), annexed hereto and submitted with these reply documents, together with the breakdown of additional services rendered in connection with the fee application on behalf of Plaintiff, HVT. (Exhibit "4")

4.   I have read the Declaration and Memorandum of Law in opposition submitted on behalf of the Defendant, PORT AUTHORITY OF NEW YORK and NEW JERSEY ("PANYNJ") by its counsel, KARLA DENALLI, ESQ., ("DENALLI") and those documents are incorporated by reference herein, and addressed in the accompanying Memorandum of Law.

Dated: New York, New York
       July 2, 2018

                                      MICHAEL A. ROSENBERG, ESQ. (8870)
                                      **Attorney for Plaintiff**
                                      **HVT, Inc.**
                                      rosenbergesq@aol.com
                                      875 Third Avenue, 8th Floor
                                      New York, New York 10022
                                      Phone: (212) 972-3325

TO:   James M. Begley, Esq.
      Karla D. Denalli, Esq.
      **Attorneys for Defendant**
      **The Port Authority of New York and New Jersey**
      Kdenalli@panynj.gov
      4 World Trade Center
      150 Greenwich Street, 24th Floor
      New York, New York  10007
      Phone: (212) 435-3834

Exhibit "4"

## KEY TO TIME RECORDS

| | | |
|---|---|---|
| I. | Michael A. Rosenberg, Esq., Lead Counsel, designated as… | MAR; |
| II. | Rudolph J. Meola, Esq., Co-Counsel, designated as…………… | RJM; |
| III. | Paraprofessional, Denise Green, designated as……………….. | DG; |
| IV. | Paraprofessional, Heather Zak, designated as……………….. | HZ; |
| V. | Margaret Taylor-Finucane, Esq. designated as…………….. | MTF; |
| VI. | Karla D. Denalli, Esq. designated as………………………….. | KDD; |
| VII. | Time expenditure is measured and rounded to 1/10th hr. Hourly rate applied to Counsel………………………………….. | $600/hr; |
| VIII. | Hourly rate applied to Paraprofessional……………………….. | $100/hr; |
| IX. | Travel time rate applied at ½ Counsels' hourly rate………… | $300/hr; |
| X. | Efforts to re-write PANYNJ's Rules and Regulations………. | TBD; |

Balance Forward………………………  **$408,708.68**

## RECAPITULATION OF ADDITIONAL TIME

| | | | |
|---|---|---|---|
| I. | Legal Services………………………….39.4 @ $600/hr………. | $ | 23,640.00 |
| II. | Paraprofessional………………………..12.5 @ $100/hr………. | $ | 1,250.00 |

III.  a) Efforts to Re-write PANYNJ's
         Rules & Regulations (as per Order 3/21/18)……………..  TBD

Grand Total (absent Item III above)……..  **$433,598.68**

## XIX. Additional Services Rendered
### Reply in support of Plaintiff's Attorneys' Fee Application

| Date | Service | Attorney | Time |
|---|---|---|---|
| 05/23/18 | Correspondence to Defendant's Counsel with Notice of Motion, Declaration of RJM Declaration of MAR Plaintiff's Exhibits, Plaintiff's Memorandum of Law; E-file Certificate Of Service; | MAR | 0.1 |
| | Confirmation of receipt from KDD | | 0.1 |
| 05/31/18 | Receipt of correspondence from Defendant's counsel containing settlement check for compensatory damages ($8,000) | MAR | 0.1 |
| 06/01/18 | Transmit settlement check to client | MAR | 0.1 |
| 06/19/18 | Email correspondence w/attachments to KDD re: PANYNJ's continued practices without opportunity to be heard (Nissan Motor Acceptance Corporation) | MAR | 0.1 |
| 06/21/18 | Email correspondence w/attachments to KDD re: PANYNJ's continued practices without opportunity to be heard (Santander Consumer USA [2x]; Hyundai Lease Trust) | MAR | 0.1 |
| 06/25/18 | Correspondence to KDD re: opposition papers and continued practices of PANYNJ; | MAR | 0.1 |
| 6/26/18 | Email to KDD re: receipt of .pdf opposition papers and renewal of request for FedEx tracking number; | MAR | 0.1 |
| | Review opposition papers from KDD, including Declaration, Exhibits and Memorandum of Law; | RJM | 3.5 |

| Date | Service | Attorney | Time |
|---|---|---|---|
| | Telephone conference with RJM (2x); | | 0.2 |
| | Preparation of initial notes in anticipation of Reply in Support; | | 0.5 |
| | Secure *Spanos v. Skouras Theatres Corp.*, 364 F.2d 161 (2d Cir.) and *Fox v. Vice*, 131 S.Ct. 2205 (2011) | RJM | 0.2 |
| | Review opposition papers from KDD, including Declaration, Exhibits and Memorandum of Law; | MAR | 3.0 |
| | Draft #1 of Reply Memorandum of Law and Declarations; read *Spanos* and *Fox* | MAR | 6.2 |
| 6/27/18 | Telephone conference with Defendant's counsel re: Rules and Regulations and meeting with OATH | MAR | 0.1 |
| | Correspondence from Defendant's counsel re: Meeting w/New York City's OATH's general counsel re: Hearing procedures | | 0.1 |
| | Research cases on fees compensable for collaboration; *Spanos*, outline key points; review citing cases; Dietrich | RJM | 2.0 |
| | Research billing for work product cases; *Missouri v. Jenkins*; *Richlin*; note Holding for cite; possible quote. | | 2.0 |
| | Draft initial reply on compensability/ collaborative work product | | 1.5 |
| 6/28/18 | Correspondence w/RJM re: Draft Declarations and Memorandum | MAR | 0.2 |
| | Draft #2 of Reply Memorandum and Declarations | | 4.1 |

| Date | Service | Attorney | Time |
|---|---|---|---|
|  | Research cases on fee application objections; *Fox v Vice*; review EDNY rules; draft declaration | RJM | 2.0 |
|  | Revisions to draft; add cases; *Arbor Hill*; *Con't Ill.* |  | 1.5 |
| 6/29/18 | Draft #3 of Reply Memorandum; telephone conference with RJM (2x); correspondence w/RJM | MAR | 5.7 |
|  | Final research section 1983 fees for work product; *Blanchard*; detail case notes for quote; research *Johnson v. Georgia Highway* | RJM | 1.2 |
|  | Final read through and edit of Reply Memorandum of Law; Declarations, and Exhibits | MAR | 4.5 |
|  | Correspondence from KDD re: Additional vehicles and PANYNJ | MAR | 0.1 |
|  |  | **SUBTOTAL:** | **39.4** |
| 6/26/18 - 7/02/18 | Paralegal/Clerical Time | **SUBTOTAL:** | **12.5** |