```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HVT, INC.,

                    Plaintiff,                                     JUDGMENT
        -v-
                                                                   15-CV-5867 (MKB)
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                    Defendant.
------------------------------------------------------------ X
```

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on November 21, 2018, granting in part, and denying in part Plaintiff's motion for attorneys' fees and costs; and awarding Plaintiff as against Defendant $190,001.00 in attorneys' fees and $548.68 in costs for a total award of $190,549.68; it is

ORDERED and ADJUDGED that Plaintiff's motion for attorneys' fees and costs is granted in part, and denied in part; and that Plaintiff is awarded a total amount of $190,549.68 as against Defendants.

Dated: Brooklyn, NY                                Douglas C. Palmer
December 7, 2018                                   Clerk of Court

                                           By:     /s/*Jalitza Poveda*
                                                   Deputy Clerk