UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

HVT, INC.,

                    Plaintiff,

      -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                    Defendant.
-------------------------------------------------------------x

**SATISFACTION OF JUDGMENT**

15 CV 5867 (MKB)(VMS)

**WHEREAS**, a judgment was entered in the above action on the 7th day of December 2018, granting in part and denying in part, Plaintiff's motion for attorneys' fees and costs and awarding Plaintiff as against Defendant, $190,001.00 in attorneys' fees and $548.68 in costs for a total award of $190,549.68; and

**WHEREAS**, that judgment has been fully paid;

**AND** it is certified that there are no outstanding executions with any Sheriff or Marshal,

**THEREFORE**, full and complete satisfaction of the judgment as set forth above is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       December 20, 2018

                    LAW OFFICE OF MICHAEL A. ROSENBERG

                    By: _____
                         Michael A. Rosenberg, Esq.
                         *Attorney for Plaintiff*

875 Third Avenue, 8th Floor
New York, New York 10022
(212) 972-3325

State of New York   )
                   ) ss:
County of New York)

On the 20th day of December, 2018, before me personally came Michael A. Rosenberg to me known and known to be a member of The Law Office of Michael A. Rosenberg and to be the same person described herein, and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

LAWRENCE ROSENBLUTH
Notary Public, State of New York
No. 31-3355370
Qualified in New York County
Commission Expires January 31, 2002